**EXHIBIT B**

# Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | | Filename | Artist | Size | Media Type |
|---|---|---|---|---|---|
| ⊞ | Georgie@KaZaA | Sade - By Your Side.mp3 | Sade | 5,152KB | Audio |
| ⊞ | Georgie@KaZaA | Betty Wright - Clean Up Woman (1).mp3 | Betty Wright | 1,316KB | Audio |
| ⊞ | Georgie@KaZaA | Nickelback - Hero (Spiderman soundtrack).mp3 | Nickleback | 3,156KB | Audio |
| ⊞ | Georgie@KaZaA | Bob Marley - One Love.mp3 | Bob Marley | 2,672KB | Audio |
| ⊞ | Georgie@KaZaA | Wu-Tang Clan - Ice Cream.mp3 | Raekwon feat Wu Tang C... | 3,956KB | Audio |
| ⊞ | 2 Users | Kaya (1).mp3 | Bob Marley | 3,037KB | Audio |
| ⊞ | Georgie@KaZaA | Patra Feat. Yo-Yo - Romantic Call (Reggae).mp3 | Patra Feat. Yo | 2,044KB | Audio |
| ⊞ | Georgie@KaZaA | Patra - Whining Skill.mp3 | Patra | 4,724KB | Audio |
| ⊞ | Georgie@KaZaA | patra - Mek Me Hot.mp3 | Patra | 3,697KB | Audio |
| ⊞ | Georgie@KaZaA | Shabba Ranks feat. Patra - Ice Cream Love.mp3 | Shabba Ranks Feat. Patra | 4,130KB | Audio |
| ⊞ | Georgie@KaZaA | patra - Dip_Fall Back.mp3 | Patra | 4,077KB | Audio |
| ⊞ | Georgie@KaZaA | Patra - Salt-N-Pepa - Hot Stuff.mp3 | Patra / Salt-N-Pepa | 4,066KB | Audio |
| ⊞ | Georgie@KaZaA | Yolanda Adams - Open Up My Heart.mp3 | Yolanda Adams | 5,314KB | Audio |
| ⊞ | Georgie@KaZaA | Ike_Tina Turner - Proud Mary.mp3.mp3 | Ike_Tina Turner | 3,174KB | Audio |
| ⊞ | Georgie@KaZaA | 04 - Patra - Banana - Scent Of Attraction.mp3 | Patra | 3,630KB | Audio |
| ⊞ | Georgie@KaZaA | PATRA___AMBITION.MP3 | Patra | 2,437KB | Audio |
| ⊞ | Georgie@KaZaA | I Don't Wanna Fight.mp3 | Tina Turner | 5,241KB | Audio |
| ⊞ | Georgie@KaZaA | donnel jones-wher.mp3 | Donnel Jones | 2,998KB | Audio |
| ⊞ | Georgie@KaZaA | 12-Praise the Kings.MP3 | Cindy Morgan - The Best ... | 9,146KB | Audio |
| ⊞ | Georgie@KaZaA | bob marley and the wailers - get up stand up.mp3 | Bob Marley | 3,074KB | Audio |
| ⊞ | Georgie@KaZaA | Tina Marie - Alladin's Lamp.mp3 | Teena Marie | 3,429KB | Audio |
| ⊞ | Georgie@KaZaA | bob marley - smoke two joints.mp3 | Bob Marley | 3,252KB | Audio |
| ⊞ | Georgie@KaZaA | bob marley and the wailers - stir it up.mp3 | Bob Marley | 5,199KB | Audio |
| ⊞ | Georgie@KaZaA | (08) Amanda Perez - Angel.mp3 | Amanda Perez | 1,702KB | Audio |
| ⊞ | Georgie@KaZaA | 10 commandments (1).wma | Lil Mo ft Lil Kim | 1,067KB | Audio |
| ⊞ | Georgie@KaZaA | 3.kpl | Lil Kim | 0KB | |
| ⊞ | Georgie@KaZaA | Club Music - K-Swift - Club Queen Vol. 1 - 29 - Timz.mp3 | Baltimore Club Music | 2,015KB | Audio |
| ⊞ | Georgie@KaZaA | Betty Wright - Tonight Is The Night.mp3 | Betty Wright | 7,676KB | Audio |
| ⊞ | Georgie@KaZaA | Total_Missy Elliot - What About Us (1).mp3 | Total_Missy Elliot | 4,490KB | Audio |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Georgie@KaZaA | Total_Missy Elliot - What About Us (1).mp3 | Total_Missy Elliot | 4,490KB | Audio |
| Georgie@KaZaA | Anita Baker - Fairy Tales.mp3 | Anita Baker | 7,418KB | Audio |
| Georgie@KaZaA | Anita Baker - Whatever It Takes.mp3 | Anita Baker | 5,242KB | Audio |
| Georgie@KaZaA | Aretha Franklin-30 Greatest Hits-Save Me.mp3 | Aretha Franklin | 2,173KB | Audio |
| Georgie@KaZaA | Trick Daddy - 05 - Thug Holiday.mp3 | Trick Daddy | 6,896KB | Audio |
| Georgie@KaZaA | Paul Macartney_Wings - Baby_I'm_Amazed.mp3 | Paul McCartney _Wings | 3,618KB | Audio |
| Georgie@KaZaA | (Yvette Michele) - I'm Not Feeling You.mp3 | Yvette Michelle | 3,235KB | Audio |
| Georgie@KaZaA | Anita Baker - Caught Up In the Rapture.mp3 | Anita Baker | 4,934KB | Audio |
| Georgie@KaZaA | Beenie Man Feat Mya - If I Could Be Your Girl.mp3 | Beenie Man feat Mya | 4,027KB | Audio |
| Georgie@KaZaA | Nora Jones - angels.mp3 | Nora Jones | 3,807KB | Audio |
| Georgie@KaZaA | KR-Pharaohs-Revenge.mp3 | Eve | 1,975KB | Audio |
| Georgie@KaZaA | Susan Vega- Toms Diner.mp3 | DNA - Susan Vega | 4,482KB | Audio |
| Georgie@KaZaA | Stand Back.mp3 | Stevie Nicks | 4,460KB | Audio |
| Georgie@KaZaA | no better love-tough luv_young gunz.mp3 | young gunz | 5,061KB | Audio |
| Georgie@KaZaA | tough luv-tough luv-young gunz.mp3 | young gunz | 2,949KB | Audio |
| Georgie@KaZaA | Cartoons - Witch Doctor.mp3 | Cartoons | 4,608KB | Audio |
| Georgie@KaZaA | Al B Sure - Naturally mine (1).mp3 | Al B. Sure | 3,977KB | Audio |
| Georgie@KaZaA | Wonder Woman TV Theme (Remix).mp3 | Kitsch_Camp | 3,156KB | Audio |
| 2 Users | house music - Wonder Woman (workout mix) (1).mp3 | House Music | 3,096KB | Audio |
| Georgie@KaZaA | Beenie Man - Everyone Falls In Love Sometimes.mp3 | Beenie Man | 2,670KB | Audio |
| Georgie@KaZaA | Bette Midler_Janis Joplin - The Rose.mp3 | Bette Midler | 3,584KB | Audio |
| Georgie@KaZaA | Carly Simon,Very Best Of_03_Why.mp3 | Carly Simon | 4,160KB | Audio |
| Georgie@KaZaA | Queen Bitch Part 2.mp3 | Lil Kim | 3,716KB | Audio |
| Georgie@KaZaA | Instrumentals LOX- holiday.mp3 | Styles P | 1,044KB | Audio |
| Georgie@KaZaA | 06-Knock Knock.mp3 | Monica | 4,038KB | Audio |
| Georgie@KaZaA | aliyah - i miss you.mp3 | Aaliyah | 5,676KB | Audio |
| 2 Users | Clark Sisters with Mattie Moss Clark - Pure_Gold.mp3 | Clark Sisters | 5,312KB | Audio |
| Georgie@KaZaA | 09_Back To Life.MP3 | Soul II Soul | 8,905KB | Audio |
| Georgie@KaZaA | Acid Jazz, Techno, Club, Trance - DjKFX - Secret Her (Get... | Jungle Brothers | 1,774KB | Audio |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Georgie@KaZaA | Acid Jazz, Techno, Club, Trance - DjKFX - Secret Her (Get… | Jungle Brothers | 1,774KB | Audio |
| Georgie@KaZaA | D BLOCK-styles p - black magic.mp3 | Styles P | 5,600KB | Audio |
| Georgie@KaZaA | Camp Lo - Glo.mp3 | Camp Lo | 3,553KB | Audio |
| Georgie@KaZaA | Anita Baker - Bring me joy.mp3 | Anita Baker | 3,146KB | Audio |
| Georgie@KaZaA | Camp Lo - Nigga come on.mp3 | Camp Lo | 2,954KB | Audio |
| Georgie@KaZaA | Sheek f.Styles - I Die For.mp3 | Styles P | 3,943KB | Audio |
| Georgie@KaZaA | lil_bow_wow- Thank you (ft. jagged edge).mp3 | Jagged Edge | 4,288KB | Audio |
| Georgie@KaZaA | Ray J - Wait A Minute.mp3 | Ray J_Lil' Kim | 3,678KB | Audio |
| Georgie@KaZaA | Angie B - So-Much-Love.mp3 | B Angie B | 4,431KB | Audio |
| Georgie@KaZaA | 01 - my love is like wo.mp3 | Mya | 2,468KB | Audio |
| Georgie@KaZaA | mya-mood ring-step back.mp3 | mya | 4,321KB | Audio |
| Georgie@KaZaA | mya-you-mood ring.mp3 | mya | 7,204KB | Audio |
| Georgie@KaZaA | Carly Simon- Your so Vain.mp3 | Carly Simon | 5,078KB | Audio |
| Georgie@KaZaA | Cheerleading - Mix.mpg | RL | 1,102KB | Video |
| Georgie@KaZaA | letter full of tears.mp3 | Millie Jackson | 3,423KB | Audio |
| Georgie@KaZaA | My Man's A Sweet Man-Millie Jackson.mp3 | Millie Jackson | 2,895KB | Audio |
| Georgie@KaZaA | Amy Grant- (Prince of Egypt)-River lullaby.mp3 | Amy Grant | 3,628KB | Audio |
| Georgie@KaZaA | 32 Glo.mp3 | Camp Lo | 2,695KB | Audio |
| Georgie@KaZaA | Millie Jackson - If Loving You Is Wrong (1).mp3 | Millie Jackson | 7,536KB | Audio |
| Georgie@KaZaA | Brenda Russell - Get Here.mp3 | Brenda Russell | 4,736KB | Audio |
| Georgie@KaZaA | Art of Noise - [Moments In Love (Extended Version)].mp3 | Art of Noise | 3,818KB | Audio |
| Georgie@KaZaA | Art Of Noise - Moments In Love II (Piano Intro).mp3 | Art Of Noise | 6,476KB | Audio |
| Georgie@KaZaA | COGIC - Twinkie Clark - Wait On Him.mp3 | Twinkie Clark | 4,676KB | Audio |
| Georgie@KaZaA | cry me a river.mp3 | Krall Diana | 4,741KB | Audio |
| Georgie@KaZaA | daddy - carly simon - you belong to me.mp3 | Carly Simon | 3,620KB | Audio |
| Georgie@KaZaA | diana krall - the look of love .mp3 | Krall Diana | 4,403KB | Audio |
| Georgie@KaZaA | Diana Ross - Theme from Mahogany.mp3 | Diana Ross | 3,190KB | Audio |
| Georgie@KaZaA | Dj Reggie Reg-Track 16.mp3 | Baltimore Club Music | 1,410KB | Audio |
| Georgie@KaZaA | eve - you me and she.mp3 | Eve- | 3,296KB | Audio |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New Search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Georgie@KaZaA | eve - you me and she.mp3 | Eve- | 3,296KB | Audio |
| Georgie@KaZaA | Fine Young Cannibals - Only Human After All.mp3 | Fine Young Cannibals | 3,473KB | Audio |
| Georgie@KaZaA | For Real - You Don't Wanna Miss.wav | Music | 39,331KB | Audio |
| Georgie@KaZaA | Ghostface killah - 09. Mighty healthy.mp3 | Ghostface Killah | 3,154KB | Audio |
| Georgie@KaZaA | Give Me a Call Boo.mp3 | ghosttown | 4,738KB | Audio |
| Georgie@KaZaA | gospel - Know I've Been Changed-Lashun Pace.mp3 | gospel | 4,096KB | Audio |
| Georgie@KaZaA | instrumental - Busta Rymes What It Is Right Now.mp3 | Instrumental | 2,091KB | Audio |
| Georgie@KaZaA | instrumental-c-murder ft snoop dogg-down for my niggas..... | Instrumentals | 2,814KB | Audio |
| Georgie@KaZaA | Instrumentals- Jigga, Neptunes- Give It 2 Me (2).mp3 | Jay-z | 1,683KB | Audio |
| Georgie@KaZaA | It's all for you.mp3 | Janet Jackson | 4,123KB | Audio |
| Georgie@KaZaA | Jaci Velasquez - Shelter.mp3 | Jaci Velasquez | 5,081KB | Audio |
| Georgie@KaZaA | janet and q tip - Got till its Gone.mp3 | Janet Jackson f/Q-Tip | 4,724KB | Audio |
| Georgie@KaZaA | Jennifer Lopez - I'm Glad.mp3 | J.Lo | 2,172KB | Audio |
| Georgie@KaZaA | Joni Mitchell - All I Want.mp3 | Joni Mitchell | 4,176KB | Audio |
| Georgie@KaZaA | Joni Mitchell - Down to you.MP3 | Joni Mitchell | 6,610KB | Audio |
| Georgie@KaZaA | Junior Vasquez - XX Club 69 rmx.mp3 | Junior Vasquez | 11,685KB | Audio |
| Georgie@KaZaA | K-Swift 25 - big girl (Rmx).mp3 | Swift 25 | 1,722KB | Audio |
| Georgie@KaZaA | kevin aviance - CUNTY VS C.U.N.T.Y..mp3 | Kevin Aviance | 6,660KB | Audio |
| Georgie@KaZaA | kmd202_en.exe | Sharman Networks Ltd | 4,541KB | Software |
| Georgie@KaZaA | Lady Patra_little vicious.mp3 | patra_little vicious | 2,400KB | Audio |
| Georgie@KaZaA | Lamb Of God.mp3 | Gaithers - Larnelle Harris | 3,692KB | Audio |
| Georgie@KaZaA | larnelle harris - His Eye Is On The Sparrow.mp3 | Larnelle Harris | 4,537KB | Audio |
| Georgie@KaZaA | larnelle harris - how excellent is thy name.mp3 | H | 1,984KB | Audio |
| Georgie@KaZaA | Larnelle Harris - Mighty Spirit.MP3 | Larnelle Harris | 3,576KB | Audio |
| Georgie@KaZaA | Larnelle Harris - To God Be The Glory.mp3 | Larnelle Harris | 4,144KB | Audio |
| Georgie@KaZaA | Lauren Hill - You Just Lost One.mp3 | Lauren Hill | 6,536KB | Audio |
| Georgie@KaZaA | Lenny Kravitz - If You Can't Say No.mp3 | Lenny Kravitz | 4,960KB | Audio |
| Georgie@KaZaA | LIL TURK-21 - hallways and cuts.mp3 | turk | 2,972KB | Audio |
| Georgie@KaZaA | LL Cool J - Kandy.mp3 | L. L. COOL J. | 2,872KB | Audio |

Found 752 files | 3,298,940 users online, sharing 559,175,846 Files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Georgie@KaZaA | LL Cool J - Kandy.mp3 | L. L. COOL J. | 2,872KB | Audio |
| Georgie@KaZaA | Marvin Gaye - Distant Lover (Live).MP3 | Marvin Gaye | 7,464KB | Audio |
| Georgie@KaZaA | milk d - top billin.mp3 | Audio Two | 2,737KB | Audio |
| Georgie@KaZaA | Mos Def - Ms. Fat Booty.mpg | Mos Def | 3,500KB | Video |
| Georgie@KaZaA | Musiq Soulchild - NewNess.mp3 | Musiq Soulchild | 8,906KB | Audio |
| Georgie@KaZaA | musiqsoulchild-halfcrazy (1).mp3 | Musiq Soulchild | 3,961KB | Audio |
| Georgie@KaZaA | My Soul Is Anchored In The Lord.mp3 | Douglas Miller | 11,459KB | Audio |
| Georgie@KaZaA | new jersey mass choir - Oh, The Blood Of Jesus.mp3 | New Jersey Mass Choir | 5,696KB | Audio |
| Georgie@KaZaA | Patti Labelle - If Only U Knew.mp3 | Patti Labelle | 4,576KB | Audio |
| Georgie@KaZaA | Pretenders-I'm Special.mp3 | Pretenders | 2,648KB | Audio |
| Georgie@KaZaA | Prince - Pink Cashmere.mp3 | Prince | 5,877KB | Audio |
| Georgie@KaZaA | Prince - When Two Are In Love (1).mp3 | Prince | 4,656KB | Audio |
| Georgie@KaZaA | Prince_The Ballad of Dorothy Parker.mp3 | Prince | 3,782KB | Audio |
| Georgie@KaZaA | Queen Latifah - Fly Girl.mp3 | Queen Latifah | 3,791KB | Audio |
| Georgie@KaZaA | queen latifah - wrath of my madness.mp3 | queen latifah | 4,015KB | Audio |
| Georgie@KaZaA | Queen Latifah-Evil That Men Do.mp3 | Queen Latifah | 3,904KB | Audio |
| Georgie@KaZaA | Randy Crawford - Street Life.mp3 | Randy Crawford | 5,031KB | Audio |
| Georgie@KaZaA | Relentlessly Cunty - Wonder Woman.mp3 | Relentlessly Cunty | 7,079KB | Audio |
| Georgie@KaZaA | Resque Me.mp3 | Aretha Franklin | 2,726KB | Audio |
| Georgie@KaZaA | Roots- feat Jill Scott- You Got Me(LIVE).mp3 | Jill Scott | 7,000KB | Audio |
| Georgie@KaZaA | Sade - Love is Stonger Than Pride.mp3 | sade | 4,005KB | Audio |
| Georgie@KaZaA | Selena - Baila Esta Cumbia.mp3 | Selena | 2,085KB | Audio |
| Georgie@KaZaA | Sharissa - Any other night (1).mp3 | Sharissa | 3,326KB | Audio |
| Georgie@KaZaA | Shortcut to Jennifer Lopez - I'm Glad video (1).lnk | Unknown | 0KB | |
| Georgie@KaZaA | Shortcut to Maxwell - This Woman's Work.lnk | Unknown | 0KB | |
| Georgie@KaZaA | Sunshine Anderson - Heard It All Before (Instrumental).mp3 | Instrumental | 1,398KB | Audio |
| Georgie@KaZaA | Sybil - Walk On By.mp3 | Sybil | 3,775KB | Audio |
| Georgie@KaZaA | Technotronic - Shake That Body.mp3 | Technotronic | 4,103KB | Audio |
| Georgie@KaZaA | The Roots - LESSON (live) (1).avi | The Roots | 27,606KB | Video |

Found 752 files | 3,298,940 users online, sharing 559,175,846 Files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | | Filename | Size | Media Type | Artist | |
|---|---|---|---|---|---|---|
| Georgie@KaZaA | | The Roots - LESSON (live) (1).avi | 27,606KB | Video | The Roots | Roots |
| Georgie@KaZaA | | The Roots- I got u babe..mp3 | 4,041KB | Audio | Roots / Erica Badu | |
| Georgie@KaZaA | | Thumbs.db | 13KB | | Unknown | |
| Georgie@KaZaA | | tina turner - acid queen.mp3 | 8,351KB | Audio | Tina Turner | Acid Queen ( |
| Georgie@KaZaA | | trouble_in_my_way.mp3 | 4,742KB | Audio | Sonya Kaye | |
| Georgie@KaZaA | | Tupac - Still Ballin.mp3 | 3,454KB | Audio | Tupac | |
| Georgie@KaZaA | | TV Themes - Dynasty.mp3 | 1,191KB | Audio | Theme | Dy |
| Georgie@KaZaA | | Twinkie Clark - Track 08.mp3 | 5,116KB | Audio | Twinkie Clark | Twin |
| Georgie@KaZaA | | Twinkie Clark_Accept What God Allows.mp3 | 8,160KB | Audio | Twinkie Clark | Accep |
| Georgie@KaZaA | | Unknown Artist - Give Me a Call Boo.mp3 | 5,406KB | Audio | Ghost Town DJ's | |
| Georgie@KaZaA | | Vicki Winans - Already Been To The Water.mp3 | 5,710KB | Audio | Vicki Winans | Already |
| Georgie@KaZaA | | What A Diff'rence A Day Makes - Dinah Washington (1959,... | 2,364KB | Audio | Dinah Washington | What A Diffe |
| Georgie@KaZaA | | Whitney Houston - I Willl Always Love You..mp3 | 4,224KB | Audio | Whitney Houston | I W |
| Georgie@KaZaA | | Xscape- Tonight.mp3 | 3,817KB | Audio | XSCAPE | |
| Georgie@KaZaA | | Teena Marie - Portuguese Love2.mp3 | 3,560KB | Audio | Teena (or Tina) Marie | |
| Georgie@KaZaA | | Tina Marie - Wishing On A Star (1)(1).MP3 | 4,079KB | Audio | Teena Marie | |
| Georgie@KaZaA | | Teena Marie - Portuguese Love.mp3 | 9,244KB | Audio | Teena Maria | |
| Georgie@KaZaA | | Beenie Man_Mya - If I Could Be Your Girl.mp3 | 2,027KB | Audio | Bennie Man_Maya | If |
| Georgie@KaZaA | | Sade - By Your Side (reggae remix).mp3 | 3,790KB | Audio | Sade | By Your Side |
| Georgie@KaZaA | | Teena (or Tina) Marie - Young Love.MP3 | 4,888KB | Audio | Teena (or Tina) Marie | |
| Georgie@KaZaA | | Shanice - I Love Your Smile.mp3 | 3,498KB | Audio | Shanice | |
| Georgie@KaZaA | | Jay-Z_Lil' Kim --- Peaches and Cream (Remix).mp3 | 3,632KB | Audio | Lil' Kim_TLC_Missy Eliot | Peaches |
| Georgie@KaZaA | | 06 - Calvin Richardson - More Than A Woman - rippermp3... | 7,535KB | Audio | Calvin Richardson | M |
| Georgie@KaZaA | | five for fighting - superman(1).mp3 | 5,265KB | Audio | Five For Fighting | |
| Georgie@KaZaA | | 06-beyonce-me_myself_and_i-esc.mp3 | 7,059KB | Audio | Beyonce | |
| Georgie@KaZaA | | Tupac - Hail Mary.mp3 | 4,842KB | Audio | 2 pac | |
| 2 Users | | Shelly Thunder - Kuff (1).mp3 | 4,531KB | Audio | Shelly Thunder | |
| Georgie@KaZaA | | BujuBonton - Champion.mp3 | 3,700KB | Audio | Buju Bonton | |
| Georgie@KaZaA | | Aaliyah - More Than a Woman.mp3 | 2,695KB | Audio | Aaliyah | |

Found 752 files.  |  3,298,940 users online, sharing 559,175,846 files (4,409,216 GB)  |  Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Georgie@KaZaA | Aaliyah - More Than a Woman.mp3 | Aaliyah | 2,695KB | Audio |
| Georgie@KaZaA | My Baby (Feat. Jagged Edge).mp3 | Bow Wow | 3,563KB | Audio |
| Georgie@KaZaA | Reggae - Buju Banton - Wanna Be Loved.mp3 | Buju Banton | 2,880KB | Audio |
| Georgie@KaZaA | Kanye West, Twista, Jamie Foxx - Slow Jams.mp3 | Kanye West | 3,216KB | Audio |
| Georgie@KaZaA | Ruff Endz - Someone To Love You.mp3 | Ruff Endz | 5,239KB | Audio |
| Georgie@KaZaA | Teena (or Tina) Marie - Dear Lover.mp3 | Teena Marie | 7,007KB | Audio |
| Georgie@KaZaA | Bounty Killer ft DMX - Ruff Ryder's Anthem (Reggae Mix)… | Patra | 2,756KB | Audio |
| Georgie@KaZaA | Patra - Queen of the Pack.mp3 | Patra | 3,771KB | Audio |
| Georgie@KaZaA | Patra - Worker Man.mp3 | Patra | 4,679KB | Audio |
| Georgie@KaZaA | Lady Patra - Ram Ram.mp3 | Patra | 3,351KB | Audio |
| Georgie@KaZaA | Tina Turner - Simply the Best.mp3 | Tina Turner | 3,912KB | Audio |
| Georgie@KaZaA | Bob Marley - Could You Be Loved.mp3 | Bob Marley | 3,356KB | Audio |
| Georgie@KaZaA | A-Ha - Take On Me.mp3 | A Ha | 3,602KB | Audio |
| Georgie@KaZaA | Total ft. Biggie Smalls - Can't You See.mp3 | Total | 4,521KB | Audio |
| Georgie@KaZaA | Bob Marley - I Shot The Sheriff.mp3 | Bob Marley | 4,402KB | Audio |
| Georgie@KaZaA | E40, Dru Hill-I Got Five on It (Rmx).mp3 | 50 cents feat. eminem _… | 3,502KB | Audio |
| Georgie@KaZaA | Tina Turner - I Can't Stand The Rain.mp3 | Tina Turner | 3,448KB | Audio |
| Georgie@KaZaA | New Birth - Dream Merchant.mp3 | New Birth | 4,189KB | Audio |
| Georgie@KaZaA | Tina Turner - I Ain't Missing You.mp3 | Tina Turner | 4,332KB | Audio |
| Georgie@KaZaA | TINA_TURNER___GOLDEN_EYE.MP3 | 007 | 4,311KB | Audio |
| Georgie@KaZaA | Sonique - It Feels So Good.mp3 | Sonique | 3,590KB | Audio |
| Georgie@KaZaA | teena marie - I've Been Here Before.mp3 | Tina Marie | 4,948KB | Audio |
| Georgie@KaZaA | Tina Turner - Better Be Good To Me.mp3 | Tina Turner | 5,018KB | Audio |
| Georgie@KaZaA | Ike_Tina Turner - River Deep Mountain High (original vers… | Ike_Tina Turner | 3,382KB | Audio |
| Georgie@KaZaA | Tina Turner - Let's Stay Together.mp3 | Tina Turner | 4,918KB | Audio |
| Georgie@KaZaA | Simply The Best - Tina Turner - River Deep - Mountain High… | Tina Turner | 8,670KB | Audio |
| Georgie@KaZaA | Tom Petty - Roll Another Joint.mp3 | Tom Petty | 4,523KB | Audio |
| Georgie@KaZaA | Desere - Love Will Save the Day.mp3 | Des'Ree | 3,816KB | Audio |
| Georgie@KaZaA | Britney Spears - I'm A 'Slave 4 U.mp3 | Britney Spears | 3,212KB | Audio |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Shop | Tell A Friend

New search | My Kazaa | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Georgie@KaZaA | Britney Spears - I'm A 'Slave 4 U.mp3 | Britney Spears | 3,212KB | Audio |
| Georgie@KaZaA | Vanessa Williams - Save The Best For Last.MP3 | Vanessa Williams | 1,501KB | Audio |
| Georgie@KaZaA | Acapella - Best Of College A Cappella, Vol. 1 - Save The Be... | A Cappella North Carolina | 3,418KB | Audio |
| Georgie@KaZaA | Nelly_F_kelly_Rowland-Dilemma-VCD-2002-d3stiny-UWZ.m... | Nelly_Kelly Rowland | 44,412KB | Video |
| Georgie@KaZaA | Nelly-take a ride with me (1).mpg | Nelly | 3,446KB | Video |
| Georgie@KaZaA | Down To Earth - Soundtrack - 06 - Ruff Endz - Someone To... | Ruff Endz | 4,326KB | Audio |
| Georgie@KaZaA | Keith Urban - Somebody Like You.mp3 | Keith Urban | 4,983KB | Audio |
| Georgie@KaZaA | Carlton Pearson - How I Got Over.mp3 | Carlton Pearson | 6,605KB | Audio |
| Georgie@KaZaA | Rolls Royce - Love Dont Live Here Anymore.mp3 | Rose Royce | 4,078KB | Audio |
| Georgie@KaZaA | new birth - Ooh Child.mp3 | The New Birth | 3,098KB | Audio |
| Georgie@KaZaA | Sean Paul - I'm Still In Love With You.wmv | Sean Paul | 13,578KB | Video |
| Georgie@KaZaA | Amber - This Is Your Night.mp3 | Amber | 3,322KB | Audio |
| Georgie@KaZaA | RAP VIDEOS - Nelly - EI.mpeg | Nelly | 43,114KB | Video |
| Georgie@KaZaA | WuTang-C.mp3 | Wu-tang Clan | 1,959KB | Audio |
| Georgie@KaZaA | Missy Elliott feat. Eve_Na5 - Hot Boyz.mpg | Missy Elliot ft Eve_Nas | 45,783KB | Video |
| Georgie@KaZaA | Wu-Tang - C.R.E.A.M..mp3 | Wu-Tang Clan | 2,954KB | Audio |
| Georgie@KaZaA | Taylor Dayne - I'll Always Love You.mp3 | Taylor Dayne | 4,235KB | Audio |
| Georgie@KaZaA | Melody - Eve - Gotta Man.mp3 | EVE | 3,102KB | Audio |
| Georgie@KaZaA | Eve - Gotta Man.mp3 | Eve | 4,138KB | Audio |
| Georgie@KaZaA | New Birth - Wildflower (Full Version).mp3 | The New Birth | 6,081KB | Audio |
| Georgie@KaZaA | Rockell - IN A Dream.mp3 | Rockell | 4,133KB | Audio |
| Georgie@KaZaA | 05 - Erykah Badu - Woo.mp3 | Erykah Badu | 4,552KB | Audio |
| Georgie@KaZaA | Eve.mpg | Eve | 42,394KB | Video |
| Georgie@KaZaA | Eiffel 65 - Blue.mp3 | Eiffel 65 | 3,280KB | Audio |
| Georgie@KaZaA | Rockell - In A Dream [Club Mix].mp3 | Rockell | 4,130KB | Audio |
| Georgie@KaZaA | Eiffel 65 - Im Blue.mp3 | Eiffel 65 | 4,464KB | Audio |
| Georgie@KaZaA | Eve - Love Is Blind.mp3 | Eve | 4,067KB | Audio |
| Georgie@KaZaA | Eve feat (1).mpg | Eve Feat. Gwen Stefani | 41,872KB | Video |
| Georgie@KaZaA | Fleetwood Mac - Dreams.mp3 | Fleet Wood Mac | 3,965KB | Audio |

Found 752 files | 3,298,940 users online, sharing 559,175,846 Files (4,409,216 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Fleetwood Mac - Dreams.mp3 | Fleet Wood Mac | 3,965KB | Audio | |
| Georgie@KaZaA | Fleetwood Mack - Everywhere.MP3 | Fleet Wood Mac | 4,256KB | Audio | |
| Georgie@KaZaA | Stevie Nicks - Landslide (accoustic version).mp3 | Fleet Wood Mac | 4,199KB | Audio | Everyo... |
| Georgie@KaZaA | 13. Lauryn Hill-Everything Is Everything.mp3 | Lauryn Hill | 4,583KB | Audio | |
| Georgie@KaZaA | norah jones - Cold Cold Heart.mp3 | Nora Jones | 3,462KB | Video | |
| Georgie@KaZaA | Eve - Who's That Girl.mpg | Eve | 38,205KB | Video | |
| Georgie@KaZaA | Eve - Love Is Blind.mpg | Eve | 39,266KB | Video | |
| Georgie@KaZaA | norah jones - Seven Years.mp3 | Nora Jones | 2,440KB | Audio | |
| Georgie@KaZaA | City High Feat Eve - Caramel.mpg | city high feat eve | 35,814KB | Video | City High |
| Georgie@KaZaA | City High Feat Eve - Caramel (1).mpg | city high | 35,814KB | Video | |
| Georgie@KaZaA | Eve - No No No (feat Damian Stephen Marley) (1).mp3 | Eve.ft. Damian Stephen ... | 2,635KB | Audio | |
| Georgie@KaZaA | Norah Jones - Come Away With Me - 12 - Nightingale.mp3 | Nora Jones and Charlie H... | 4,047KB | Audio | |
| Georgie@KaZaA | Nora Jones - ShootTheMoon.mp3 | Nora Jones | 3,832KB | Audio | |
| Georgie@KaZaA | Nora Jones - No Easy Way Down (1).mp3 | Nora Jones | 5,680KB | Audio | |
| Georgie@KaZaA | Day is Done (feat.mp3 | Nora Jones_The Charlie... | 5,947KB | Audio | |
| Georgie@KaZaA | Stevie Nicks - Gypsy.mp3 | Stevie Nicks | 4,139KB | Audio | |
| Georgie@KaZaA | Reggae- Everybody Falls In Love Sometimes.mp3 | reggae | 3,365KB | Audio | Everyone fa... |
| Georgie@KaZaA | DMX, Method Man, Nas_Ja Rule - Grand Finale .mpeg | Methodman,DMX,nas,ja r... | 38,442KB | Video | |
| Georgie@KaZaA | CRAZY.mp3 | Javier | 6,145KB | Audio | |
| Georgie@KaZaA | I Get High Styles P.mp3 | 04-styles_p-i_get_high-lsp | 3,524KB | Audio | Good... |
| Georgie@KaZaA | Camp Lo - Coolie High.mp3 | Camp Lo | 3,740KB | Audio | |
| Georgie@KaZaA | Camp Lo - Black Nostaljack.mp3 | Camp Lo | 3,914KB | Audio | |
| Georgie@KaZaA | Camp Lo - Luchini.mp3 | Camp Lo | 3,741KB | Audio | |
| Georgie@KaZaA | Jadakiss_Styles P - Dope Money.mp3 | Jadakiss_Styles P | 4,112KB | Audio | |
| Georgie@KaZaA | Track 12.MP3 | Jada Kiss feat Styles P | 2,208KB | Audio | Keep... |
| Georgie@KaZaA | New Artist - styles p - shock the world.mp3 | styles p | 2,743KB | Audio | 11 styles... |
| Georgie@KaZaA | Track 13.MP3 | Styles P | 1,910KB | Audio | In... |
| Georgie@KaZaA | Angie Stone - Mahogany Soul 07 Easier Said Than Done.m... | Angie Stone | 3,690KB | Audio | Eas... |
| Georgie@KaZaA | angie-stone--calvin_-more-than-a-woman_[1].mp3 | angie stone_calvin_ | 4,600KB | Audio | "mo... |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Traffic | Shop | Tell A Friend
My Kazaa | Download
New search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Georgie@KaZaA | angie-stone--calvin--more-than-a-woman_[1].mp3 | angie stone_calvin_ | 4,600KB | Audio |
| Georgie@KaZaA | Angie Stone---Brotha.mp3 | Angie Stone | 3,751KB | Audio |
| Georgie@KaZaA | Rick James_Tina Marie - Fire and Desire.mp3 | Rick James_Teena Marie | 6,846KB | Audio |
| Georgie@KaZaA | various artists - Styles P - Freestyle.mp3 | 02-styles_p-freestyle-ego | 1,674KB | Audio |
| Georgie@KaZaA | 70's - your so vain.mp3 | Carly Simon | 4,460KB | Audio |
| Georgie@KaZaA | Tina Marie - Ooh La La La.mp3 | Teena Marie | 5,876KB | Audio |
| Georgie@KaZaA | New Artist - styles p - black magic.mp3 | styles p | 3,768KB | Audio |
| Georgie@KaZaA | nore and styles - I come thru.mp3 | Noreaga ft. Styles P | 3,396KB | Audio |
| Georgie@KaZaA | Eamon - Fuck It (1).mp3 | Eamon | 1,725KB | Audio |
| Georgie@KaZaA | Eamon - Fuck It (2).mp3 | Eamon | 5,354KB | Audio |
| Georgie@KaZaA | 04-aaliyah-more_than_a_woman.mp3 | aaliyah | 3,592KB | Audio |
| Georgie@KaZaA | Good Times_Holiday Styles(The Lox).mp3 | Styles P | 3,498KB | Audio |
| Georgie@KaZaA | Good times..mp3 | Styles.P | 3,498KB | Audio |
| Georgie@KaZaA | Jay-Z _Lil' Kim --- Peaches and Cream (Remix) (1).mp3 | Jay Z | 3,632KB | Audio |
| Georgie@KaZaA | Mobb Deep feat. Lil' Kim- Quiet Storm (remix).mp3 | Mobb Deep feat. Lil Kim- | 1,662KB | Audio |
| Georgie@KaZaA | Peaches N Cream - Feat Jayz_Lil Kim.mp3 | 112. Jay-Z, lil kim | 3,669KB | Audio |
| Georgie@KaZaA | Too Short and Lil Kim - Call Me.mp3 | Too Short_Lil' Kim | 4,693KB | Audio |
| Georgie@KaZaA | Aerosmith- Janie's Got a Gun.mp3 | Aerosmith | 4,518KB | Audio |
| Georgie@KaZaA | lil_kim-magic_stick_(feat_50_cent).mp3 | Lil' Kim | 8,439KB | Audio |
| Georgie@KaZaA | Mary J. Blige_Lil Kim - I Can Love You.mp3 | Mary J. Blige feat Lil' Kim | 4,475KB | Audio |
| Georgie@KaZaA | Negro Sex.avi | xxx | 6,519KB | Video |
| Georgie@KaZaA | Puff Daddy feat. Lil' Kim_Mario Winans - Satisfy You (Rem... | Puff Daddy feat. Lil' Kim _... | 3,570KB | Audio |
| Georgie@KaZaA | lilkim-jumpoff | Lil Kim | 1,425KB | |
| Georgie@KaZaA | 2 Pac_RL - Until The End Of Time.mpg | 2pac | 41,148KB | Video |
| Georgie@KaZaA | 06. Shake Ya Bum Bum.mp3 | Lil' Kim | 3,109KB | Audio |
| Georgie@KaZaA | Jay Z, Puff Daddy_Lil' Kim - I Know What Boys Like (1).M... | JAY-Z,LIL KIM,PUFF DAD... | 2,478KB | Audio |
| Georgie@KaZaA | Mobb Deep f. Lil' Kim - Quiet Storm (Remix).mp3 | Mobb Deep | 3,342KB | Audio |
| Georgie@KaZaA | Millie Jackson - Check In The Mail.MP3 | Millie Jackson | 5,531KB | Audio |
| Georgie@KaZaA | (Sign Riddim) Beenie Man - My Dickie (1).mp3 | Beniee+Elephant Man | 4,082KB | Audio |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | (Sign Riddim) Beenie Man - My Dickie (1).mp3 | Beniee+Elephant Man | 4,082KB | Audio | |
| Georgie@KaZaA | inside the vip - blonde.mpeg | lil kim | 4,814KB | Video | Hot college girl stuts aroi |
| Georgie@KaZaA | Mary J Blige - Deepinsi.mpg | mary j blige | 40,408KB | Video | |
| Georgie@KaZaA | (PRE-RELEASE)-Musiq-01-newness-(Brand-New) (1).mp3 | Musiq | 3,508KB | Audio | |
| Georgie@KaZaA | Millie Jackson - If Loving You Is Wrong I Don't Want To Be ... | Millie Jackson | 10,448KB | Audio | If Loving You Is Wrong I Don' |
| Georgie@KaZaA | Isaac Hayes_Millie Jackson - Sweet music,soft light,and y... | Millie Jackson_Issac Hay... | 4,169KB | Audio | Sweet music, |
| Georgie@KaZaA | Clarence Carter - Kiss You All Over.mp3 | Millie Jackson | 3,589KB | Audio | |
| Georgie@KaZaA | Ginuwine_Others - Best Man I Can Be (Warrier).mpg | Ginuwine Tyrese Case RL | 47,830KB | Video | The |
| Georgie@KaZaA | (09) Kelly Price - He Proposed.mp3 | Kelly Price | 7,111KB | Audio | |
| Georgie@KaZaA | 02-Dirty Vegas - Days go by.MP3 | Dirty Vegas | 3,454KB | Audio | |
| Georgie@KaZaA | 11-aaliyah-come_over-rns.mp3 | Aaliyah | 5,510KB | Audio | |
| Georgie@KaZaA | Aaliyah - One In A Million.mp3 | Aaliyah | 4,231KB | Audio | |
| Georgie@KaZaA | ADP Jennifer Lopez - Jenny From The Block (Music Video).... | Jennifer Lopez | 38,861KB | Video | Jenny From The Block (Music Video |
| Georgie@KaZaA | 12 - Tyrese - On top of me.mp3 | Tyrese | 4,758KB | Audio | |
| Georgie@KaZaA | 01-nick_cannon_feat._r.mp3 | Nick Cannon ft. R. Kelly | 5,425KB | Audio | |
| Georgie@KaZaA | 03-youngbloodz-damn-cms (1).mp3 | Lil John_The East Side B... | 4,317KB | Audio | If U |
| Georgie@KaZaA | Aaliyah - More than a Woman.mpg | Aaliyah | 38,113KB | Video | Aaliyah - M |
| Georgie@KaZaA | 02 Holidae In ft. Ludacris_Snoo.wma | Chingy feat. Snoop Dogg | 2,503KB | Audio | |
| Georgie@KaZaA | Above the Rim Soundtrack - Sweet Sable - Old Time's Sake... | Sweet Sable | 3,054KB | Audio | |
| Georgie@KaZaA | Aaliyah- Tryagain.mp3 | Aaliyah | 3,065KB | Audio | |
| Georgie@KaZaA | Aaliyah - I Miss You-rns.mp3 | Aaliyah | 5,629KB | Audio | |
| Georgie@KaZaA | Aerosmith-_Janie's_Got_A_Gun.mpg | Aerosmith | 65,426KB | Video | |
| Georgie@KaZaA | AFRICAN- WATER DRUMS- RAINFOREST.mp3 | A | 1,779KB | Audio | |
| Georgie@KaZaA | Afro Cuban Allstars - Fiesta De La Rumba.mp3 | Afro Cuban All Stars | 5,518KB | Audio | F |
| Georgie@KaZaA | Again - Lenny Kravitz.mp3 | Lenny Kravitz | 4,089KB | Audio | |
| Georgie@KaZaA | Al B Sure - Ooch This Love Is So.mp3 | Al B. Sure | 4,341KB | Audio | O |
| Georgie@KaZaA | Al B sure - Tender Love.mp3 | Force MD's | 3,955KB | Audio | T |
| Georgie@KaZaA | Al Green - I'm So Tired of Being Alone.mp3 | Al Green | 2,614KB | Audio | |
| Georgie@KaZaA | Alicia Keys - U Dont Know My Name.mp3 | Alicia Keys | 5,772KB | Audio | You Do |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Shop | Tell A Friend
New search | My Kazaa | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Alicia Keys - U Dont Know My Name.mp3 | Alicia Keys | 5,772kB | Audio | You Do |
| Georgie@KaZaA | Alicia Keys-womans worth.mp3 | Alicia Keys | 4,740KB | Audio | |
| Georgie@KaZaA | All i HaveJennifer Lopez ft.mpg | J Lo and LL Cool J | 44,339KB | Video | All i Have - Jennifer |
| Georgie@KaZaA | Andre Crouch - I Surrender All.mp3 | Helen Baylor | 3,098kB | Audio | All To |
| Georgie@KaZaA | Angela Bofil - I Try.mp3 | Angela Bofill | 5,272kB | Audio | To |
| Georgie@KaZaA | Angelic Gospel Singers - Touch Me Lord Jesus.mp3 | The Angelic Gospel Singers | 2,489kB | Audio | |
| Georgie@KaZaA | Angie Stone - Mad Issues.mp3 | Angie Stone | 4,521KB | Audio | |
| Georgie@KaZaA | angie stone - no more rain.mp3 | Angie Stone | 4,420KB | Audio | No More F |
| Georgie@KaZaA | angie stone - pissed off.mp3 | Angie Stone | 4,406KB | Audio | |
| Georgie@KaZaA | Angie Stone - Wish I Didn't Miss You.mp3 | Angie Stone | 4,321KB | Audio | Wi |
| Georgie@KaZaA | Anita Baker - Been So Long.mp3 | Anita Baker | 4,928KB | Audio | |
| Georgie@KaZaA | Anita Baker - 365 Days.mp3 | Anita Baker | 3,833KB | Audio | |
| Georgie@KaZaA | Anita Baker - Angel.mp3 | Anita Baker | 4,631KB | Audio | |
| Georgie@KaZaA | anita baker - giving you the best that i got.mp3 | Anita Baker | 3,104KB | Audio | giving you |
| Georgie@KaZaA | Anita Baker - Good Love.mp3 | Anita Baker | 5,306KB | Audio | |
| Georgie@KaZaA | Anita Baker - I Apologize.MP3 | Anita Baker | 4,832KB | Audio | |
| Georgie@KaZaA | Anita Baker - Just Because.mp3 | Anita Baker | 4,842KB | Audio | |
| Georgie@KaZaA | Anita Baker - No One In The World.mp3 | Anita Baker | 3,872KB | Audio | N |
| Georgie@KaZaA | Anita Baker - Perfect Love Affair.mp3 | Anita Baker | 4,988KB | Audio | |
| Georgie@KaZaA | Anita Baker - Sweet Love.mp3 | Anita Baker | 3,844KB | Audio | |
| Georgie@KaZaA | Anointed Pace Sisters_-_Saftey Zone (1) (1).mp3 | Twinkie Clark-Terrel | 3,820KB | Audio | Let everything that has bre |
| Georgie@KaZaA | Aretha Franklin - Never Loved A Man.mp3 | Aretha Franklin | 2,547KB | Audio | |
| Georgie@KaZaA | Aretha Franklin_Lauryn Hill - A Rose Is Still A Rose.mp3 | Aretha Franklin | 4,180KB | Audio | If |
| Georgie@KaZaA | Aretha Franklin - Do Right Woman, Do Right Man.mp3 | Aretha Franklin | 3,028KB | Audio | Do Right Wo |
| Georgie@KaZaA | Aretha Franklin - Natural Woman.mp3 | Aretha Franklin | 2,580KB | Audio | |
| Georgie@KaZaA | Aretha Franklin - Rock Steady.mp3 | Aretha Franklin | 2,901KB | Audio | Aretha Fra |
| Georgie@KaZaA | aretha franklin - since you've been gone.mp3 | Aretha Franklin | 2,289KB | Audio | since |
| Georgie@KaZaA | Aretha Franklin - Spanish Harlem.mp3 | Aretha Franklin | 3,270KB | Audio | |
| Georgie@KaZaA | Aretha Franklin - Think (Freedom).mp3 | Aretha Franklin | 3,042KB | Audio | Until Yo |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Aretha Franklin - Think (Freedom).mp3 | Aretha Franklin | 3,042KB | Audio | |
| Georgie@KaZaA | aretha franklin - until you come back to me.mp3 | Aretha Franklin | 4,046KB | Audio | Until You |
| Georgie@KaZaA | Avalon - Fly To You.mp3 | Avalon | 3,682KB | Audio | |
| Georgie@KaZaA | Baby Boy.mpg | Beyonce ft. Sean Paul | 42,197KB | Video | |
| Georgie@KaZaA | BDP East Coast All Stars - Self Destruction.mp3 | Boogie Down Productions | 4,608KB | Audio | Ain't |
| Georgie@KaZaA | Bebe Cece Winans_Anita Baker - Ain't No Need To Worry... | The Winans_Anita Baker | 5,410KB | Audio | |
| Georgie@KaZaA | Beck - Loser.mp3 | Beck | 3,667KB | Audio | |
| Georgie@KaZaA | belly soundtrack soul ii soul - however do you want me.mp3 | Belly soundtrack/Soul II S... | 3,424KB | Audio | However |
| Georgie@KaZaA | betty wright - Mr Bigstuff.mp3 | Betty Wright | 2,588KB | Audio | |
| Georgie@KaZaA | Beyonce and Jay-Z - Crazy In Love.mp3 | Beyonce and Jay-Z | 3,906KB | Audio | |
| Georgie@KaZaA | Biggie Smalls - Player's Anthem.mp3 | Notorious BIG | 5,020KB | Audio | |
| Georgie@KaZaA | Black Box - Everybody Everybody.mp3 | Black Box | 3,820KB | Audio | Eve |
| Georgie@KaZaA | Black Box - Strike It Up (Ultimix).mp3 | Black Box - | 4,977KB | Audio | S |
| Georgie@KaZaA | Black Gospel -Color Purple - Speak Lord (1).mp3 | The Dynamic Clark Sisters... | 4,344KB | Audio | |
| Georgie@KaZaA | Blackstar - Definition.mpeg | Mos Def feat. Talib Kweli | 42,339KB | Video | |
| Georgie@KaZaA | Blahzay Blahzay - Danger! (When The East Is In The Hous... | Blahzay Blahzay | 3,534KB | Audio | Danger! (When The Ea... |
| Georgie@KaZaA | Blue Cantrell - Hit Em Up Style.mp3 | Blue Cantrell | 3,773KB | Audio | |
| Georgie@KaZaA | Bob Marely with Eryka Badu - Trouble.mp3 | Bob Marley_Erykah Badu | 4,539KB | Audio | |
| Georgie@KaZaA | Bone Crusher w- Killa Mike, T.I.P. - Never Scared.mp3 | Bone Crusher Ft. T.I._Kil... | 4,992KB | Audio | can't |
| Georgie@KaZaA | BONNIE RAIT -I CANT MAKE YOU LOVE ME.MP3 | bonnie rait | 5,209KB | Audio | Can't |
| Georgie@KaZaA | BONNIE RAITT - i cant make you love me (1).MP3 | Bonnie Raitt | 3,902KB | Audio | I F |
| Georgie@KaZaA | Bootsy_Collins - I'd Rather Be With You (2) (1).mp3 | Bootsy Collins | 3,290KB | Audio | |
| Georgie@KaZaA | Boyz II Men - Please Don't Go Away.MP3 | Boyz II Men | 4,150KB | Audio | Ple |
| Georgie@KaZaA | Brandy - What About Us Remix.mp3 | Total_Timbaland | 4,488KB | Audio | Wh |
| Georgie@KaZaA | Brenda Russell - Piano In The Dark.mp3 | Brenda Russell | 4,210KB | Audio | |
| Georgie@KaZaA | Bring it on Home to Me-Otis Redding and Carla Thomas.mp3 | Otis Redding and Carla T... | 2,372KB | Audio | Bring |
| Georgie@KaZaA | Busta Rhymes - What It Is Right Now.mp3 | Busta Rhymes | 3,596KB | Audio | W |
| Georgie@KaZaA | Busta Rhymes F. Kelis - WHat It Is.mpg | Violator Feat. Busta Rhy... | 57,988KB | Video | W |
| Georgie@KaZaA | Busta Rhymes ft. Spliff Star_Sean Paul - Make it Clap (the... | busta rhymessean paul | 40,259KB | Video | Make |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Busta Rhymes ft. Spliff Star_Sean Paul - Make it Clap (the... | busta rhymessean paul | 40,259KB | Video | Make |
| Georgie@KaZaA | Carly Simon - Anticipation.mp3 | Carly Simon | 3,124KB | Audio | |
| Georgie@KaZaA | Carly Simon - Haven't Got Time For The Pain (1).mp3 | Carly Simon | 3,685KB | Audio | Haven't Got |
| Georgie@KaZaA | Carly Simon - Its too late baby.mp3 | Carly Simon | 3,658KB | Audio | |
| Georgie@KaZaA | Carly Simon - Jesse.mp3 | Carly Simon | 4,081KB | Audio | |
| Georgie@KaZaA | Carly Simon - Let the River Run.mp3 | Carly Simon | 3,428KB | Audio | |
| Georgie@KaZaA | Carly Simon - Lovin You's the Right Thing To Do.mp3 | Carly Simon | 4,262KB | Audio | Lovin You's the |
| Georgie@KaZaA | Carly Simon - Nobody Does It Better.mp3 | Carly Simon | 3,251KB | Audio | Not |
| Georgie@KaZaA | Carly Simon - Stuff That Dreams Are Made Of.mp3 | Carly Simon | 4,672KB | Audio | Stuff That D |
| Georgie@KaZaA | Carly Simon - You Belong To Me.mp3 | Carly Simon | 3,612KB | Audio | |
| Georgie@KaZaA | Carly Simon - Your So Vain.mp3 | Carly Simon | 4,036KB | Audio | |
| Georgie@KaZaA | Carly Simon,Very Best Of.08.That's The Way I've Always ... | Carly Simon | 6,008KB | Audio | That's The Way I've Always |
| Georgie@KaZaA | Carly Simon,Very Best Of.17.Better Not Tell Her.mp3 | Carly Simon | 5,028KB | Audio | |
| Georgie@KaZaA | Carly Simon,Very Best Of.18.Angel From Montgomery.mp3 | Simon, Carly | 4,238KB | Audio | Angel |
| Georgie@KaZaA | Case - Not Your Friend.mp3 | Case | 4,288KB | Audio | |
| Georgie@KaZaA | cee-lo-02-closet_freak-supermp3s.mp3 | Cee Lo | 3,522KB | Audio | |
| Georgie@KaZaA | charli baltimore_foxy brown - Freestyle (Lil Kim Diss).mp3 | Charli Baltimore | 1,511KB | Audio | Fre |
| Georgie@KaZaA | Charlie Parker _Chet Baker - Summertime.mp3 | Charlie Parker | 2,632KB | Audio | |
| Georgie@KaZaA | Charlie Parker - Birdland.mp3 | Charlie Parker | 2,556KB | Audio | |
| Georgie@KaZaA | Chuckie Booker - Turned Away.mp3 | Chuckii Booker | 5,373KB | Audio | |
| Georgie@KaZaA | club music-Baltimore Club Queen- back dat ass up (1).mp3 | K-Swift | 1,591KB | Audio | |
| Georgie@KaZaA | common - i used to love her.mp3 | Common Sense | 4,354KB | Audio | |
| Georgie@KaZaA | Common - The Light.mp3 | Common | 4,092KB | Audio | |
| Georgie@KaZaA | common - the light.mpg | common sense | 43,702KB | Video | |
| Georgie@KaZaA | Common feat. Mary J. Blige - Come Close (bigballershotcall... | Common feat. Mary J. Bli... | 44,968KB | Video | |
| Georgie@KaZaA | Cranberries - Dreams.mp3 | The Cranberries | 4,254KB | Audio | |
| Georgie@KaZaA | Cranberries - Linger.mp3 | Cranberries | 4,294KB | Audio | |
| Georgie@KaZaA | Cranberries - Zombie.mp3 | Cranberries | 4,784KB | Audio | |
| Georgie@KaZaA | cricket sounds.mp3 | Sound FX | 783KB | Audio | |

Found 752 Files    3,298,940 users online, sharing 559,175,846 files (4,409,216 GB)    Not sharing any files