Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | cricket sounds.mp3 | Sound FX | 783KB | Audio | |
| Georgie@KaZaA | Custom Made (Give It To You).mp3 | Lil' Kim | 2,917KB | Audio | Custom Ma |
| Georgie@KaZaA | cybil-Don't Make Me Over .mp3 | Sybil | 5,923KB | Audio | D |
| Georgie@KaZaA | d'angelo - d'angelo and angie stone eve.mp3 | D'angelo and Angie Stone | 3,256KB | Audio | |
| Georgie@KaZaA | Damn!.mp3 | Young Bloodz | 4,698KB | Audio | Da |
| Georgie@KaZaA | De La Soul feat. A Tribe Called Quest, Jungle Brothers, Mo... | De La Soul | 10,240KB | Audio | Buddy (Native |
| Georgie@KaZaA | Destiny's Child - Bills, Bills, Bills.mp3 | Destiny's Child | 3,999KB | Audio | |
| Georgie@KaZaA | Destiny's Child - Independant Women.mp3 | Destiny's Child | 5,254KB | Audio | Independent W |
| Georgie@KaZaA | Destiny's child - Survivor.mp3 | Destiny's Child | 2,964KB | Audio | |
| Georgie@KaZaA | Diana Krall - Let's Fall In Love.mp3 | Diana Krall | 4,040KB | Audio | |
| Georgie@KaZaA | Diana Krall - Live In Paris - 03 - Deed I Do.mp3 | Diana Krall | 7,463KB | Audio | |
| Georgie@KaZaA | Diana Krall - Live In Paris - 12 - Just the Way You Are(1).m... | Diana Krall | 11,745KB | Audio | Jus |
| Georgie@KaZaA | Diana Ross - Muscles.mp3 | Diana Ross | 4,388KB | Audio | |
| Georgie@KaZaA | Diane krall - As time goes by.mp3 | Diane Krall | 1,529KB | Audio | |
| Georgie@KaZaA | Dianna Krall - Fever.mp3 | Diana Krall | 3,230KB | Audio | |
| Georgie@KaZaA | Dinah Washington - What A Difference A Day Makes.mp3 | Dinah Washington | 2,305KB | Audio | What A Differ |
| Georgie@KaZaA | DJ Funk - There's Some Hoes in this House.mp3 | Baltimore Club Music | 2,132KB | Audio | THERES SOME HO |
| Georgie@KaZaA | DJ Funk Booty House Anthems 05 Every Freakin Day.mp3 | Baltimore Club Music | 1,210KB | Audio | I Wanna Freak Y |
| Georgie@KaZaA | Doors - People Are Strange.mp3 | The Doors | 2,048KB | Audio | I |
| Georgie@KaZaA | Dorothy Moore - Misty Blue.mp3 | Dorothy Moore | 5,300KB | Audio | |
| Georgie@KaZaA | Dorothy Norwood - Hattie B's Daughter - Part I.mp3 | Dorothy Norwood | 10,731KB | Audio | Hattie B' |
| Georgie@KaZaA | Drums - African Percussion.mp3 | African Tribal Music and D... | 3,483KB | Audio | |
| Georgie@KaZaA | El Shaddai(new Version) - amy grant.mp3 | Amy Grant | 5,341KB | Audio | El Shaddai - |
| Georgie@KaZaA | Ella Fitzgerald - Someone To Watch Over Me.mp3 | Ella Fitzgerald | 3,062KB | Audio | Someone |
| Georgie@KaZaA | Emotions - Don't Ask My Neighbor.mp3 | Emotions | 4,162KB | Audio | Dor |
| Georgie@KaZaA | Erykah Badu feat. Common -Love Of My Life (bigballershot... | bigballershotcaller | 47,166KB | Video | rykah Badu feat. Common -Love C |
| Georgie@KaZaA | Erykah Badu ft. Queen Latifah, Angie Stone _Bahamedia -... | erykah badu, | 5,167KB | Audio | |
| Georgie@KaZaA | Erykah_Badu_-_Bag_lady.mpg | Erykah Badu | 43,105KB | Video | Erykah |
| Georgie@KaZaA | Etta James - At Last.mp3 | Etta James | 2,780KB | Audio | |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Etta James - At Last.mp3 | Etta James | 2,780KB | Audio | |
| Georgie@KaZaA | Eve - 11 - Satisfaction(1).mp3 | Eve | 6,065KB | Audio | |
| Georgie@KaZaA | feel it boy brought to you by bengali by nature.MP3 | Beenie Man feat. Janet J... | 3,196KB | Audio | Feel It Boy brought to you by |
| Georgie@KaZaA | FEEL ME.mp3 | DJ K-Swift | 3,118KB | Audio | |
| Georgie@KaZaA | Fiesta - Raggae remix.MP3 | Fiesta (Reggae mix) | 2,850KB | Audio | Fie |
| Georgie@KaZaA | First Choice - Doctor Love 2.mp3 | First Choice | 6,848KB | Audio | |
| Georgie@KaZaA | Fleetwood Mac - Everywhere.mp3 | Fleetwood Mac | 3,432KB | Audio | |
| Georgie@KaZaA | Fleetwood Mac - Go Your Own Way.mp3 | Fleetwood Mac | 3,443KB | Audio | |
| Georgie@KaZaA | Floetry - Say Yes (Instrumental).mp3 | floetry | 3,205KB | Audio | Floetry-Sa |
| Georgie@KaZaA | Floetry-Say Yes (Timbaland Remix).mp3 | Floetry | 6,767KB | Audio | Say Yes |
| Georgie@KaZaA | Force MD - Love Is A House.mp3 | Force MD's | 4,085KB | Audio | |
| Georgie@KaZaA | Foxxy Brown - The Letter- Ft.Ron Isley.mp3 | Foxy Brown | 9,806KB | Audio | The Le |
| Georgie@KaZaA | Frankie Beverly, Maze, Before I let go (original version).m... | Maze (ft Frankie Beverly) | 3,627KB | Audio | |
| Georgie@KaZaA | Good Charlotte - Little Things.mp3 | India Arie | 3,347KB | Audio | |
| Georgie@KaZaA | gorillas - Get the Cool Shoeshine (Wiseguys Remix).mp3 | gorillas | 3,236KB | Audio | Get the Cool Shoeshine |
| Georgie@KaZaA | gorillas - i got sunshine in a bag.mp3 | Gorillas | 3,938KB | Audio | I go |
| Georgie@KaZaA | Gospel - Andr'e Crouch - My soul is anchored.mp3 | André Crouch | 3,507KB | Audio | M |
| Georgie@KaZaA | Gospel - Black - Mississippi Mass Choir - Your Grace And Me... | Mississippi Mass Choir | 4,570KB | Audio | You |
| Georgie@KaZaA | Gospel - Black - Shirley Caesar - I Remember Mama.mp3 | Shirley Ceaser | 5,201KB | Audio | |
| Georgie@KaZaA | gospel - Lauryn Hill (Sister Act II) - His Eye Is On The Sparr... | Lauren Hill | 4,214KB | Audio | His Eye |
| Georgie@KaZaA | Gospel - Statler Brothers - When The Role Is Called Up Yon... | Gaither Vocal Band | 2,474KB | Audio | When The Roll I |
| Georgie@KaZaA | Gospel Music - Twinkie Clark The Florida AM Choir I Won... | Twinkie Clark Terrell | 4,832KB | Audio | God Has Be |
| Georgie@KaZaA | harold melvin and the blue notes - wake up everybody.mp3 | Harold Melvin and the Blu... | 3,776KB | Audio | W |
| Georgie@KaZaA | Heather Headley - I Wish I Wasn't.mp3 | Heather Headley | 5,962KB | Audio | |
| Georgie@KaZaA | Helen Baylor - Awesome God.mp3 | Helen Baylor | 4,096KB | Audio | |
| Georgie@KaZaA | Hezekiah Walker - Be Encouraged.mp3 | twinkie clark terrell | 3,646KB | Audio | |
| Georgie@KaZaA | Hole - Doll Parts.mp3 | Hole | 3,297KB | Audio | |
| Georgie@KaZaA | Hole - Miss World.mp3 | Hole | 2,813KB | Audio | |
| Georgie@KaZaA | Horace Brown - Taste Your Love (1).mp3 | Horace Brown | 4,471KB | Audio | |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Horace Brown - Taste Your Love (1).mp3 | Horace Brown | 4,471KB | Audio | |
| Georgie@KaZaA | How I Got Over feat. Joshua Nelson.mp3 | Carlton Pearson | 3,290KB | Audio | How I Got Over fi |
| Georgie@KaZaA | Ice House - Electric Blue.mp3 | Ice House | 4,359KB | Audio | |
| Georgie@KaZaA | In The Garden_Bill _Gloria Gaither and Friends.mp3 | Gaither Vocal Band | 872KB | Audio | |
| Georgie@KaZaA | india arie - little things (1).mp3 | India Irie | 1,287KB | Audio | india a |
| Georgie@KaZaA | India Irie - Brown Skin.mp3 | India Irie | 5,239KB | Audio | |
| Georgie@KaZaA | India Irie - Not the average girl from your video.mp3 | India Irie | 3,880KB | Audio | Not the average ( |
| Georgie@KaZaA | J lo and Nas - I'm Gonna Be Alright.mp3 | J lo and Nas | 2,606KB | Audio | I' |
| Georgie@KaZaA | J Lo ft Ja Rule - Ain't It Funny (Remix).mp3 | Murda Inc. | 3,626KB | Audio | 12 - Ain |
| Georgie@KaZaA | J-Lo_F_Nas-Im_Gonna_Be_Alright (2).mpeg | I' m gonna be alright | 41,268KB | Video | |
| Georgie@KaZaA | j. lo - i'm glad.mp3 | Jennifer Lopez | 5,206KB | Audio | |
| Georgie@KaZaA | Ja Rule and J-Lo.MP3 | J Lo feat. Ja Rule | 1,766KB | Audio | I'm F |
| Georgie@KaZaA | Ja Rule feat. Missy - Xtasy.mp3 | Jarule Missy Elliot _Tweet | 4,724KB | Audio | |
| Georgie@KaZaA | Jackson 5 - I Wanna Be Where U Are.mp3 | Jackson Five | 2,124KB | Audio | Wanna |
| Georgie@KaZaA | Jackson Five - Never Can Say Goodbye (1).mp3 | Jackson Five | 2,840KB | Audio | Never |
| Georgie@KaZaA | Jaheim - Just Inn case.mp3 | Jaheim | 4,122KB | Audio | |
| Georgie@KaZaA | James Brown - Say It Loud.mp3 | James Brown | 2,615KB | Audio | |
| Georgie@KaZaA | James Brown feat Full Force - I'm Real.mp3 | James Brown feat Full For.. | 5,148KB | Audio | |
| Georgie@KaZaA | James Cleveland _Albertina Walker - Please Be Patient Wi... | James Cleveland | 8,434KB | Audio | Please |
| Georgie@KaZaA | James Taylor _Carly Simon - Mockingbird.mp3 | Carly Simon w/James Tay... | 3,878KB | Audio | |
| Georgie@KaZaA | Janet Feat. Missy, P.Diddy, _Carly - Son Of A Gun (Bad B... | Janet Jackson, Missy, P.D.. | 6,290KB | Audio | Son Of A Gu |
| Georgie@KaZaA | Janet Jackson - Someone To Call My Lover.mp3 | Janet Jackson | 6,384KB | Audio | Someor |
| Georgie@KaZaA | JANET JACKSON - ALL 4 U (NEW FULL SONG) (1).mp3 | Janet Jackson | 4,117KB | Audio | |
| Georgie@KaZaA | Janet Jackson - Doesn't Really Matter.mp3 | Janet Jackson | 4,006KB | Audio | Do |
| Georgie@KaZaA | Janet Jackson - Everytime.mp3 | Janet Jackson | 1,757KB | Audio | |
| Georgie@KaZaA | Janet Jackson - Funny How Time Flies (When You're Having.. | Janet Jackson | 4,224KB | Audio | Funny How Time Flies (When |
| Georgie@KaZaA | Janet Jackson - Funny How Time Flies.mp3 | Janet Jackson | 5,267KB | Audio | Fu |
| Georgie@KaZaA | Janet Jackson - I Get So Lonely.mp3 | Janet Jackson | 4,990KB | Audio | |
| Georgie@KaZaA | Janet Jackson - I Get So Lonely.mpg | Janet Jackson | 48,726KB | Video | |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Janet Jackson - I Get So Lonely.mpg | Janet Jackson | 48,726KB | Video | |
| Georgie@KaZaA | Janet Jackson - If.mp3 | Janet Jackson | 4,225KB | Audio | |
| Georgie@KaZaA | Janet Jackson - Love Will Never Do Without You (1).mp3 | Janet Jackson | 4,275KB | Audio | Love Will Ne |
| Georgie@KaZaA | Janet Jackson - Runaway.mp3 | Janet Jackson | 3,347KB | Audio | |
| Georgie@KaZaA | Janet Jackson - Son Of A Gun.mpg | Janet Jackson | 43,802KB | Video | |
| Georgie@KaZaA | Janet Jackson - That's The Way Love Goes.mp3 | Janet Jackson | 4,176KB | Audio | That's t |
| Georgie@KaZaA | Janet Jackson and Busta Rimes.mp3 | Busta Rhymes and Janet ... | 3,820KB | Audio | |
| Georgie@KaZaA | Janet Jackson f. Missy Elliot - Sun Of A Gun (Remix).mp3 | Janet Jackson f. Missy Elli... | 4,012KB | Audio | So |
| Georgie@KaZaA | Janet Jackson-Someone to call my lover.mp3 | Janet Jackson | 2,130KB | Audio | Somec |
| Georgie@KaZaA | Janet Jackson-Would You Mind.mp3 | Janet Jackson | 2,596KB | Audio | |
| Georgie@KaZaA | Janis Ian - At Seventeen.mp3 | Janis Ian | 4,383KB | Audio | |
| Georgie@KaZaA | Jay Z- La La La.mp3 | Instrumental | 3,013KB | Audio | Jay-Z - La |
| Georgie@KaZaA | Jay-Z - La La La [Kobra].mpg | Jay z | 50,916KB | Video | |
| Georgie@KaZaA | Jay-Z Interview (50 Cent Diss).mp3 | Jay-Z | 3,499KB | Audio | Jay-Z Inter |
| Georgie@KaZaA | JayZ - LaLaLa - Excuse Me Miss Again.mp3 | Jay-Z | 4,434KB | Audio | |
| Georgie@KaZaA | jenifer lopez - I'm Real.mp3 | Jennifer Lopez | 4,656KB | Audio | |
| Georgie@KaZaA | Jennifer Holiday - I Am Love.mp3 | Jennifer Holiday | 4,322KB | Audio | |
| Georgie@KaZaA | Jennifer Holliday (Dreamgirls)-And I Am Telling You.mp3 | Jennifer Holiday | 3,796KB | Audio | And I Am T |
| Georgie@KaZaA | Jennifer Lopes JLO - 05 - funny.mp3 | Jennifer Lopez | 3,884KB | Audio | |
| Georgie@KaZaA | Jennifer Lopez - (MTV VMA 2001).mpg | J.Lo and Ja Rule | 90,067KB | Video | Jennifer Lopez |
| Georgie@KaZaA | Jennifer Lopez - Ain't It Funny.mpg | JLo | 43,014KB | Video | J |
| Georgie@KaZaA | Jennifer Lopez - Feelin So Good ft. P Diddy _G Dep.mp3 | J.Lo | 2,081KB | Audio | Feelin So |
| Georgie@KaZaA | Jennifer Lopez - Feelin So Good(MJ).mpg | Jennifer Lopez | 58,184KB | Video | J-L |
| Georgie@KaZaA | Jennifer Lopez - If You Had My Love.mp3 | Jennifer Lopez | 3,115KB | Audio | I |
| Georgie@KaZaA | Jennifer Lopez - If You Had My Love.mpg | Jennifer Lopez | 37,622KB | Video | I |
| Georgie@KaZaA | Jennifer Lopez - Love Don't Cost A Thing.mp3 | Jennifer Lopez | 4,337KB | Audio | Love |
| Georgie@KaZaA | Jennifer Lopez - Waiting For Tonight.mpg | Jennifer Lopez | 50,749KB | Video | Jennifer Lopez - Waiting |
| Georgie@KaZaA | Jennifer Lopez - Walking On Sunshine.mp3 | Jennifer Lopez | 3,542KB | Audio | W |
| Georgie@KaZaA | Jennifer Lopez Feat Ja Rule - I'm Real (remix).mp3 | Jennifer Lopez | 6,097KB | Audio | |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Jennifer Lopez Feat Ja Rule - I'm Real (remix).mp3 | Jennifer Lopez | 6,097KB | Audio | |
| Georgie@KaZaA | Jennifer Lopez Feat. Jadakiss - Jenny From The Block (Rad... | Jennifer Lopez Feat. Jad... | 1,007KB | Audio | Jer |
| Georgie@KaZaA | Jennifer Lopez feat. Lox - Jenny From The Block.mp3 | J.Lo | 2,979KB | Audio | Jer |
| Georgie@KaZaA | Jenniferlopez- IfyouhadmyloveRMX.mp3 | (Rap Remix) Jennifer Lop... | 3,623KB | Audio | I |
| Georgie@KaZaA | JenniferLopez-MyLoveDontCostAThing-08.mp3 | Jennifer Lopez | 3,500KB | Audio | My Love |
| Georgie@KaZaA | jennifer_lopez-06-all_i_have_ft_ll_cool_j-whoa.mp3 | J-lo feat LL Cool J | 5,967KB | Audio | |
| Georgie@KaZaA | Jennifer_Lopez-My_Love_Don't_Cost_A_Thing-(MTV_EMA... | Jennifer Lopez | 57,720KB | Video | My Love Don't Cost A |
| Georgie@KaZaA | jennifer_lopez_feat_ja_rule-im_real_(remix)-(buggout-xvc... | JLo and Jarule | 62,055KB | Video | |
| Georgie@KaZaA | Jill Scott _Mos Def - Love Rain.mp3 | Jill Scott | 4,018KB | Audio | Love |
| Georgie@KaZaA | jill scott - 8 Minutes to Sunrise.mp3 | Jill Scott | 6,376KB | Audio | 8 |
| Georgie@KaZaA | jimmy swaggart - Oh, The Blood Of Jesus.mp3 | Jimmy Swaggart | 4,378KB | Audio | Oh, |
| Georgie@KaZaA | JLO and LL Cool J - All I Have.mp3 | Jennifer Lopez | 5,965KB | Audio | All |
| Georgie@KaZaA | JLo F. Ja rule Aint it funny remix.mp3 | J.Lo feat. Ja Rule | 3,205KB | Audio | Air |
| Georgie@KaZaA | Joe Budden - Jump Off Freestyle.mp3 | Joe Budden ft. Lil Kim | 4,274KB | Audio | |
| Georgie@KaZaA | Joe Cocker - With A Little Help From My Friends.mp3 | Joe Cocker | 4,707KB | Audio | With A Little He |
| Georgie@KaZaA | Justin Timberlake - Cry Me A River.mpeg | Justin Timberlake | 48,980KB | Video | |
| Georgie@KaZaA | Karen Clark-Sheard - Balm In Gilead .mp3 | The Clark Sisters | 4,758KB | Audio | |
| Georgie@KaZaA | Karen Clark-Sheard - Couldn't Tell It If I Tried.mp3 | Clark Sisters | 5,134KB | Audio | Coul |
| Georgie@KaZaA | Karen Clark-Sheard - Jesus Is A Love Song.mp3 | Karen Clark-Sheard | 4,650KB | Audio | Je |
| Georgie@KaZaA | Kelis - I Hate You So Much Right Now.MP3 | Kelis | 3,894KB | Audio | I Hate You |
| Georgie@KaZaA | Kelis - Milkshake.mp3 | Kelis | 4,382KB | Audio | |
| Georgie@KaZaA | kelis-milkshake.mp3 | Kelis | 2,922KB | Audio | |
| Georgie@KaZaA | Kelly Rowland - Can't Nobody.mp3 | Kelly Rowland | 5,818KB | Audio | |
| Georgie@KaZaA | Kenny Latimore - For You.mp3 | Kenny Latimore | 4,214KB | Audio | |
| Georgie@KaZaA | khia - down for my bitches.mp3 | Khia | 3,908KB | Audio | Dc |
| Georgie@KaZaA | Kirk Franklin and Family- Silver and Gold.mp3 | Kirk Franklin and family | 3,424KB | Audio | |
| Georgie@KaZaA | KRS One and Channel Live - Mad Izm.mp3 | Channel Live and Krs One | 3,992KB | Audio | |
| Georgie@KaZaA | Larnelle Harris - Because He Lives (1).mp3 | Larnelle Harris | 3,172KB | Audio | |
| Georgie@KaZaA | Larnelle Harris - Because He Lives.mp3 | Larnelle Harris | 3,172KB | Audio | |

Found 752 files

3,298,940 users online, sharing 559,175,846 files (4,409,216 GB)

Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Larnelle Harris - Because He Lives.mp3 | Larnelle Harris | 3,172KB | Audio | |
| Georgie@KaZaA | larnelle harris - Go Tell It On The Mountain.mp3 | Larnelle Harris | 3,493KB | Audio | Go Tell I |
| Georgie@KaZaA | Larnelle Harris - It Is Well With My Soul.mp3 | Larnelle Harris | 4,308KB | Audio | It Is |
| Georgie@KaZaA | Larnelle Harris - Were It Not For Grace.mp3 | Larnelle Harris | 3,286KB | Audio | We |
| Georgie@KaZaA | Latin Jazz - Afro Cuban AllstarsAmor Verdadero.mp3 | Afro Cuban Allstars | 910KB | Audio | Salsa - Afro Cuban All Stars |
| Georgie@KaZaA | Latin Jazz All Stars - Salsa.mp3 | Afro Cuban All Stars | 5,004KB | Audio | |
| Georgie@KaZaA | LATINO- Elvis Crespo- Suave Mente.mp3 | LATINO | 4,226KB | Audio | |
| Georgie@KaZaA | Lauran Hill~ Sweetest Thang.mp3 | Lauren Hill | 4,566KB | Audio | |
| Georgie@KaZaA | Lauren Hill _Bob Marly - Turn your lights down low.mp3 | Lauren Hill _Bob Marly | 3,784KB | Audio | Turn yo |
| Georgie@KaZaA | Lauren Hill - Doo Wop (That Thing).mp3 | Lauren Hill | 4,992KB | Audio | Doo |
| Georgie@KaZaA | Lauren Hill - Ex-Factor.mp3 | Lauryn Hill | 5,090KB | Audio | |
| Georgie@KaZaA | lauryn hill - can't take my eyes off you.mp3 | Lauryn Hill (Fugees) | 3,549KB | Audio | Can't Tak |
| Georgie@KaZaA | Lauryn Hill - When It Hurts So Bad.mp3 | Lauren Hill | 5,333KB | Audio | Wl |
| Georgie@KaZaA | Lenny Kravits - I Belong To You.mp3 | Lenny Kravitz | 4,027KB | Audio | |
| Georgie@KaZaA | Lenny Kravits - It Ain't Over Till It's Over.mp3 | Lenny Kravitz | 3,781KB | Audio | It Ain' |
| Georgie@KaZaA | Lenny Kravitz - American Woman.mp3 | Lenny Kravitz | 4,063KB | Audio | |
| Georgie@KaZaA | Lenny Kravitz - Fly Away.mp3 | Lenny Kravitz | 3,450KB | Audio | |
| Georgie@KaZaA | Lenny Kravitz - It Ain't Over Til It's Over.mp3 | Lenny Kravitz | 3,791KB | Audio | It Ain |
| Georgie@KaZaA | Lenny Kravitz - Let Love Rule.mp3 | Lenny Kravitz | 5,335KB | Audio | |
| Georgie@KaZaA | Lenny Kravitz - Momma Said.mp3 | Lenny Kravitz | 3,635KB | Audio | |
| Georgie@KaZaA | lenny williams - 'cause i love you.mp3 | Lenny Williams | 5,052KB | Audio | |
| Georgie@KaZaA | Lenny_Kravits_-_Cant_Get_of_Mind.mp3 | Lenny Kravitz | 4,279KB | Audio | Can't Get |
| Georgie@KaZaA | ll cool j - i need love.mp3 | ll cool j | 5,049KB | Audio | |
| Georgie@KaZaA | LL Cool _J - I can love you better.mp3 | LL Cool J _Neptunes | 6,698KB | Audio | |
| Georgie@KaZaA | Lost and Delirious - Meshell Ndegeocello - Beautiful.mp3 | Me'shell Ndegéocello | 2,521KB | Audio | |
| Georgie@KaZaA | Louis Armstrong _Billie Holliday - Let's Call the Who.mp3 | Ella Fitzgerald _Louis Ar... | 2,978KB | Audio | Let's Call Th |
| Georgie@KaZaA | LOVE AND BASKETBALL - CHAKA KHAN - SWEET THANG.m... | Love n' Basketball Soundt... | 3,066KB | Audio | |
| Georgie@KaZaA | Love Jones SdTk. - Dionne Farris - Hopeless.mp3 | Dionne Farris | 3,674KB | Audio | |
| Georgie@KaZaA | Lucy Pearl ft. Snoop Dogg _Q-Tip - You (Save the Last Da... | Snoop Dog and Lil Kim | 2,891KB | Audio | You (Save the Last |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Lucy Pearl ft. Snoop Dogg _Q-Tip - You (Save the Last Da... | Snoop Dog and Lil Kim | 2,891KB | Audio | You (Save the Last |
| Georgie@KaZaA | Luther Van Dross _Martha Wash - I who have nothing.m... | Luther Vandross | 7,018KB | Audio | I |
| Georgie@KaZaA | Luther Vandross - I'd Rather Have You (1).mp3 | Luther Vandros | 4,549KB | Audio | I' |
| Georgie@KaZaA | Luther Vandross - Never Too Much.mp3 | Luther Vandross | 3,578KB | Audio | |
| Georgie@KaZaA | Luther Vandross-Superstar- Don't You Remember .mp3 | Luther Vandross | 8,729KB | Audio | Dc |
| Georgie@KaZaA | Marc Anthony - Dimelo (I Need To Know).mp3 | Marc Anthony | 3,576KB | Audio | Dimelc |
| Georgie@KaZaA | marc anthony - You sang to me (Spanish).mp3 | Marc Anthony | 2,696KB | Audio | You sa |
| Georgie@KaZaA | Maria Muldaur - Midnight At The Oasis.mp3 | Maria Muldaur | 3,553KB | Audio | Mic |
| Georgie@KaZaA | Mary J. Blige - I'm Just Mary.mp3 | Mary J. Blige | 5,093KB | Audio | |
| Georgie@KaZaA | Mary J.Blidge _Lil Kim - I Can Love You Better.mp3 | Mary J. blige | 4,466KB | Audio | I C |
| Georgie@KaZaA | Masters At Work - Ha Dance.mp3 | Masters At Work | 5,536KB | Audio | |
| Georgie@KaZaA | match_box_ 20- when your gone.mp3 | Matchbox Twenty | 3,876KB | Audio | |
| Georgie@KaZaA | Maxwell - Fortunate.mp3 | Maxwell | 4,671KB | Audio | |
| Georgie@KaZaA | Maxwell - Fortunate.mpeg | Maxwell | 38,826KB | Video | |
| Georgie@KaZaA | Maxwell - This Womens Work (1).mp3 | Maxwell | 3,139KB | Audio | |
| Georgie@KaZaA | MC Lyte feat. Milk D - Top Billin' (remix).mp3 | MC Lyte feat. Milk D | 2,642KB | Audio | |
| Georgie@KaZaA | Me'shell Ndegeocello - Dreadlocks.mp3 | Me'shell Ndegéocello | 3,822KB | Audio | |
| Georgie@KaZaA | Me'Shell NDegeOcello -Ecclesiastes Free My Heart.mp3 | Me'shell NdegéOcello | 5,038KB | Audio | Ecclesias |
| Georgie@KaZaA | meshell ndegeocello - if that's your boyfriend.mp3 | Me'shell Ndegeocello | 4,249KB | Audio | If T |
| Georgie@KaZaA | Meshell Ndegeocello-Outside Your Door (1).mp3 | Me'shell Ndegeocello | 4,817KB | Audio | |
| Georgie@KaZaA | Michael Jackson - She is Out Of My Life.mp3 | Michael Jackson | 3,410KB | Audio | Sh |
| Georgie@KaZaA | Michael Jackson - Ben.mp3 | MichaelJackson(Jackson F.. | 2,633KB | Audio | |
| Georgie@KaZaA | Micheal Jackson - I Wanna Rock With You.mp3 | Michael Jackson | 3,442KB | Audio | |
| Georgie@KaZaA | Micheal Jackson- butterfly.mp3 | Michael Jackson | 4,378KB | Audio | |
| Georgie@KaZaA | Micheal Jackson-You Rock My World (good version).mp3 | Michael Jackson | 4,771KB | Audio | You Roc |
| Georgie@KaZaA | Miki Howard _Gerald LeVert - That's What Love Is (1).mp3 | Mikki Howard | 4,262KB | Audio | T |
| Georgie@KaZaA | Mikki Howard - Baby Be Mine (2).mp3 | MIKKI HOWARD | 5,136KB | Audio | Mikki How |
| Georgie@KaZaA | Mikki Howard - Until You Come Back To Me.mp3 | Miki Howard | 3,904KB | Audio | Until You Com |
| Georgie@KaZaA | Mikki Howard-Good Morning Heartache.mp3 | Mikki Howard | 4,123KB | Audio | Good |

Found 752 files

3,298,940 users online, sharing 559,175,846 files (4,409,216 GB)

Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Georgie@KaZaA | Mikki Howard-Good Morning Heartache.mp3 | Mikki Howard | 4,123KB | Audio |
| Georgie@KaZaA | Minnie Ripperton - Inside My Love.mp3 | Minnie Ripperton | 3,704KB | Audio |
| Georgie@KaZaA | Minnie Ripperton - Loving You.mp3 | Minnie Ripperton | 3,779KB | Audio |
| Georgie@KaZaA | Minnie Rippleton - Memory Lane.mp3 | Minnie Ripperton | 3,349KB | Audio |
| Georgie@KaZaA | Mos Def - Miss Fat Booty.mp3 | Mos Def | 3,876KB | Audio |
| Georgie@KaZaA | Mos Def and Talib Kweli [Black Star] with Common - Respira.. | Black Star f/ Common | 47,975KB | Video |
| Georgie@KaZaA | Mos Def Ft Pharoah Monch _Nate Dogg - Oh No.mpeg | Mos Def, Pharaoh, Nate ... | 37,342KB | Video |
| Georgie@KaZaA | Mos Def-Miss Fat Booty.mpg | Mos Def | 8,732KB | Video |
| Georgie@KaZaA | Movie - KSJ - Dinah Washington - Teach Me Tonight.mp3 | Dinah Washington | 2,614KB | Audio |
| Georgie@KaZaA | Music Video - Selena - Bidi Bidi Bom Bom.mpg | Selena | 34,417KB | Video |
| Georgie@KaZaA | Musiq Soul Child - You Be Alright.mp3 | Musiq Soulchild | 6,576KB | Audio |
| Georgie@KaZaA | musiq - Half Crazy.mp3 | Musiq Soulchild | 4,731KB | Audio |
| Georgie@KaZaA | Musiq - Just Friends.mpg | Musiq | 41,137KB | Video |
| Georgie@KaZaA | Musiq Soul Child - Mary Go Round.mp3 | Musiq Soul Child | 3,457KB | Audio |
| Georgie@KaZaA | Musiq Soulchild - 06 - 143.mp3 | Musiq Soulchild | 4,656KB | Audio |
| Georgie@KaZaA | Musiq Soulchild - Love.mpg | Musiq Soulchild | 217,272KB | Video |
| Georgie@KaZaA | Natalie Cole - This Will Be (An Everlasting Love).mp3 | Natalie Cole | 2,680KB | Audio |
| Georgie@KaZaA | Nature's Problem - Shake It Shorty ( Real Version ).mp3 | Nature's Problem | 3,806KB | Audio |
| Georgie@KaZaA | Nature's Problem- Shake it Shorty.mp3 | Natures Problem | 2,986KB | Audio |
| Georgie@KaZaA | Nelly - E.I..mp3 | Nelly | 3,374KB | Audio |
| Georgie@KaZaA | New Birth-Been Such A Long Time.mp3 | New Birth | 5,562KB | Audio |
| Georgie@KaZaA | New Kids on the Block - Please Don't Go Girl.Mp3 | New Kids On The Block | 3,624KB | Audio |
| 2 Users | Nicole C Mullen - Redeemer .mp3 | Nicole C. Mullen | 4,670KB | Audio |
| Georgie@KaZaA | Nicole C Mullin - When I call on Jesus (1).mp3 | Nicole C. Mullen | 4,623KB | Audio |
| Georgie@KaZaA | Nicole Ray ft. Lil Mo _Dent - Curiousity.mp3 | Nicole Ray Lil Mo | 3,933KB | Audio |
| Georgie@KaZaA | Nicole Ray - Eyes Better Not Wander.mp3 | Nicole Ray | 4,268KB | Audio |
| Georgie@KaZaA | Nicole Ray - I Can't See.mp3 | Nicole Ray | 4,456KB | Audio |
| Georgie@KaZaA | Nicole Ray Feat Missy Elliot - I Got What You Want.mp3 | Nicole Ray Feat Missy Elliot | 3,818KB | Audio |
| Georgie@KaZaA | Nicole Ray feat. Missy Elliot_Mocha - Make It Hot.mp3 | Nicole Ray feat. Missy _... | 3,812KB | Audio |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

| | Size | Media Type | |
|---|---|---|---|
| y feat. Missy ... | 3,812KB | Audio | |
| es | 1,735KB | Audio | Nora Jones - Com |
| nes | 2,610KB | Audio | |
| es | 3,306KB | Audio | I've Gc |
| es | 3,704KB | Audio | |
| es | 2,825KB | Audio | |
| s | 2,726KB | Audio | t |
| nes | 2,934KB | Audio | Th |
| Jorwood | 8,476KB | Audio | |
| d Puffy | 3,791KB | Audio | |
| | 1,104KB | Audio | |
| | 3,752KB | Audio | |
| | 3,282KB | Audio | |
| lle | 3,702KB | Audio | |
| lle | 3,429KB | Audio | The |
| lle | 4,358KB | Audio | |
| | 5,213KB | Audio | |
| at. Jay-Z | 5,654KB | Audio | Frontin' (The |
| nan | 4,891KB | Audio | |
| nan | 6,700KB | Audio | |
| nan | 6,348KB | Audio | Mee |
| nan | 4,614KB | Audio | |
| | 6,096KB | Audio | |
| ifah | 3,667KB | Audio | Pri |
| ifah | 4,198KB | Audio | QueenLatifa |
| ifah | 5,861KB | Audio | Latifah's |
| ifah | 4,036KB | Audio | Cc |
| | 3,150KB | Audio | |
| | 4,011KB | Audio | |

files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | R. Kelly - Bump N' Grind.mp3 | R. Kelly | 4,011KB | Audio | |
| Georgie@KaZaA | R. Kelly - Ignition.mp3 | R. Kelly | 3,476KB | Audio | |
| Georgie@KaZaA | Rap - Tu Pac - all eyes on me.mp3 | 2 pac | 4,522KB | Audio | |
| Georgie@KaZaA | Ready For The World - Love You Down.mp3 | Ready For The World | 6,108KB | Audio | |
| Georgie@KaZaA | Ready For The World-Tonight.mp3 | Ready For The World | 4,666KB | Audio | |
| Georgie@KaZaA | Rev. Clay Evans _The AARC Mass Choir - Oh The Blood Of... | Rev. Clay Evans _The A... | 5,460KB | Audio | Oh |
| Georgie@KaZaA | Rev. James Cleveland - This Too Will Pass.mp3 | Rev. James Cleveland | 7,330KB | Audio | |
| Georgie@KaZaA | Rev. James Moore - Oh How I Love Jesus.mp3 | Rev. Clay Evans | 3,780KB | Audio | Ol |
| Georgie@KaZaA | Roberta Flack - Feel Like Makin' Love.mp3 | Roberta Flack | 2,772KB | Audio | Fe |
| Georgie@KaZaA | Roberta Flack - The First Time Ever I Saw Your Face.mp3 | Roberta Flack | 4,989KB | Audio | The First Time Ev |
| Georgie@KaZaA | Romeo Must Die - Aaliyah ft DMX - Come Back In One Piece.. | Aaliyah and DMX | 4,042KB | Audio | Come |
| Georgie@KaZaA | Roots eryka badu - instrumental .mp3 | The Roots f. Erykah Badu | 4,489KB | Audio | You Got |
| Georgie@KaZaA | Rough Riders-what ya'll niggas want.mp3 | Eve | 4,047KB | Audio | Wha |
| Georgie@KaZaA | RR - I'm Wishing On A Star.mp3 | Rolls Royce | 2,834KB | Audio | I'm |
| Georgie@KaZaA | Salena - Como La Flor.mp3 | Selena | 3,962KB | Audio | |
| Georgie@KaZaA | Salt N Pepper - I Am the Body Beautiful.mp3 | Salt-N-Pepa | 4,550KB | Audio | I Am |
| Georgie@KaZaA | Sara Mclaughlin - Ange1.mp3 | Sarah McLachlan | 4,219KB | Audio | |
| Georgie@KaZaA | Sarah McLachlan - I Will Remember You.mp3 | Sarah McLachlan | 4,504KB | Audio | I |
| Georgie@KaZaA | Scarface - Mary Jane.mp3 | Scarface | 4,378KB | Audio | |
| Georgie@KaZaA | sean paul - diwali riddim.MP3 | sean paul | 1,475KB | Audio | |
| Georgie@KaZaA | Sean Paul - Gimmie The Light.mpg | Sean Paul | 86,323KB | Video | |
| Georgie@KaZaA | Sean Paul - Like Glue.MP3 | Sean Paul | 1,606KB | Audio | |
| Georgie@KaZaA | Sean Paul - Like Glue.mpg | Sean Paul | 39,755KB | Video | |
| Georgie@KaZaA | Sean Paul - Shake That Thang.mp3 | SEAN PAUL | 4,571KB | Audio | S |
| Georgie@KaZaA | Selena - Baila Esta Cumbia (1).mp3 | Selena | 2,837KB | Audio | |
| Georgie@KaZaA | Selena - Bidi Bidi Bom Bom.mp3 | Selena | 2,464KB | Audio | |
| Georgie@KaZaA | Selena - Cumbia Medley- Como la Flor-La Carcacha-Bidi Bidi... | Selena | 10,019KB | Audio | Cumbia Medle |
| Georgie@KaZaA | shake it like.mp3 | K-Swift | 2,150KB | Audio | Tak |
| Georgie@KaZaA | Shirley Caesar - ft Michelle Williams.mp3 | Shirley Caesar | 3,244KB | Audio | Steal Away To Jesus (Duet with Mi |
| Georgie@KaZaA | shirley caesar - Hold My Mule.mp3 | Shirley Caesar | 8,152KB | Audio | |

Found 752 files

3,298,940 users online, sharing 559,175,846 files (4,409,216 GB)

Not sharing any files