Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Shirley Caesar - ft Michelle Williams.mp3 | Shirley Caesar | 3,244KB | Audio | Steal Away To Jesus (Duet with Mi |
| Georgie@KaZaA | shirley ceaser - Hold My Mule.mp3 | Shirley Ceaser | 8,152KB | Audio | |
| Georgie@KaZaA | simon and garfunkel - Jill Scott - slowly surely.mp3 | JILL SCOTT | 3,268KB | Audio | |
| Georgie@KaZaA | Smooth Grooves Vol 3 - 05 - New_Birth - It's Been a Lon.m… | The New Birth | 5,542KB | Audio | |
| Georgie@KaZaA | Snoop Dogg feat C-Murder, Magic - Down For My Niggas.… | Snoop f. C-Murder, Magic | 3,552KB | Audio | |
| Georgie@KaZaA | Snoop Dogg ft.mpg | snoop dog ft. pharallel | 53,222KB | Video | |
| Georgie@KaZaA | Snoop Doggy Dogg - Serial Killa.mp3 | Snoop Doggy Dog | 3,355KB | Audio | |
| Georgie@KaZaA | Sounds of Blackness - Hold On - Roger Troutman Remix.m… | Sounds of Blackness | 4,221KB | Audio | Hold On - Rog |
| Georgie@KaZaA | Sounds of nature - Rainforest (african waterdrums).mp3 | Sounds of nature | 1,779KB | Audio | Rainforest a |
| Georgie@KaZaA | Sounds of Nature - Thunder Storm - Gentle Rain in the For… | Nature | 3,025KB | Audio | Gentle |
| Georgie@KaZaA | Spin Doctors - Two Princes.mp3 | Spin Doctors | 4,017KB | Audio | |
| Georgie@KaZaA | Squirrel Nut Zipper- Groove Me Baby.mp3 | Squirrel Nut Zippers | 2,793KB | Audio | |
| Georgie@KaZaA | Stacey Lattisaw - Perfect Combination with Johnny Gill.mp3 | Stacy Lattisaw and Johnn… | 3,960KB | Audio | P |
| Georgie@KaZaA | Steel Drums of The Caribbean - Jamaica Farewell.mp3 | Jimmy Cliff | 3,844KB | Audio | |
| Georgie@KaZaA | Sunshine Anderson - Heard It All Before(1).mp3 | Sunshine Anderson | 2,332KB | Audio | |
| Georgie@KaZaA | SUZANNE VEGA - LUKA.MP3 | Suzanne Vega | 3,624KB | Audio | |
| Georgie@KaZaA | Sybil - Don't Make me Over.MP3 | Sybil | 3,797KB | Audio | |
| Georgie@KaZaA | taja sevelle - love is contagious (2).mp3 | Taja Sevelle | 4,342KB | Audio | |
| Georgie@KaZaA | Talib Kweli _Hi-Tek feat.mp3 | Eryka Badu with Stephen… | 3,726KB | Audio | |
| Georgie@KaZaA | Teddy Pendegrass…When someone loves you back.mp3 | Teddy Pendergrass | 873KB | Audio | When Somebo |
| Georgie@KaZaA | Teddy Pendergrass - Come on over to my place.mp3 | Teddy Pendergrass | 5,479KB | Audio | Come C |
| Georgie@KaZaA | Teddy Pendergrass-Turn Off The Lights.mp3 | Teddy Pendergrass | 8,386KB | Audio | |
| Georgie@KaZaA | Tha Dogg Pound - Dogg Pound 4 Life.mp3 | Tha Dogg Pound | 4,654KB | Audio | |
| Georgie@KaZaA | The Clark Sisters - Endow Me.mp3 | Twinkie Ckar _Friends… | 7,045KB | Audio | Endow Me (F |
| Georgie@KaZaA | The Cramberries - No need to argue.mp3 | Cranberries | 2,730KB | Audio | |
| Georgie@KaZaA | The Doors - Light My Fire.MP3 | The Doors | 3,183KB | Audio | |
| Georgie@KaZaA | The Roots - Break You Off (Live on Conan w Musiq).mpg | The Roots | 36,298KB | Video | The Roots - Break You Off (Live |
| Georgie@KaZaA | The Roots - What You Want (The Best Man Soundtrack).… | Roots, The | 4,001KB | Audio | What You Want (The Be |
| Georgie@KaZaA | The Roots - You Got Me (Featuring Erykah Badu) (4).mpg | The Roots | 47,611KB | Video | the |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | The Roots - You Got Me (Featuring Erykah Badu) (4).mpg | The Roots | 47,611KB | Video | the_ |
| Georgie@KaZaA | The Transitions feat - Gator - Straight Fucking (1).MP3 | Tyrese | 4,688KB | Audio | |
| Georgie@KaZaA | the_roots_-_the_next_movement (1).mpg | The Roots | 39,171KB | Video | The Roots-the nex |
| Georgie@KaZaA | Tina Turner, Elton John _Cher - Proud Mary.mpg | Tina Turner, E.John _Ch... | 79,261KB | Video | Proud M |
| Georgie@KaZaA | Toni Braxton - He Wasn't Man Enough.mp3 | Toni Braxton | 6,162KB | Audio | He V |
| Georgie@KaZaA | tori amos - a case of you.mp3 | Diana Krall | 4,985KB | Audio | |
| Georgie@KaZaA | Total feat. Biggie - Can't You See.mp3 | Total feat Notorious BIG | 4,578KB | Audio | |
| Georgie@KaZaA | Tracy Ullman - They Don't Know About Us.mp3 | Tracy Ullman | 2,808KB | Audio | They Dc |
| Georgie@KaZaA | Treat The Youths Right.mp3 | Jimmy Cliff | 3,436KB | Audio | Trea |
| Georgie@KaZaA | trick daddy - Baby Cuz Im A Thug (4).mp3 | trick daddy | 2,982KB | Audio | B |
| Georgie@KaZaA | tupac feat nas- thug mansion acoustic.mp3 | 2pac | 3,751KB | Audio | Thugz Mansio |
| Georgie@KaZaA | Twinkie Clark - I Wont Complain.mp3 | Twinkie Clark-Terrell | 4,832KB | Audio | |
| Georgie@KaZaA | Twinkie Clark - The Masterpiece - 10 - A Mighty Fortress - I... | Twinkie Clark | 1,936KB | Audio | A Mighty F |
| Georgie@KaZaA | Tyrese - Act Like That.mp3 | Tyrese | 2,314KB | Audio | How You G |
| Georgie@KaZaA | utfo-fairytale_lover.mp3 | UTFO | 4,607KB | Audio | |
| Georgie@KaZaA | Vanessa Bell Armstrong - He Looked Beyond My Faults.mp3 | Vanessa Bell Armstrong | 8,956KB | Audio | He Lookec |
| Georgie@KaZaA | Vanity6-°°°Nasty Girl.mp3 | Vanity6 | 4,919KB | Audio | Va |
| Georgie@KaZaA | Various Artists - Ladies First.mp3 | Queen Latifah _Monie Lo... | 3,637KB | Audio | |
| Georgie@KaZaA | Vivian Green - Emotional Rollercoaster.mp3 | Vivian Green | 3,056KB | Audio | Emo |
| Georgie@KaZaA | Whales - Songs Of.mp3 | Whales and Dolphins | 11,377KB | Audio | Whale Nature Sounds - Songs Of T |
| Georgie@KaZaA | What A Friend We Have In Jesus - Gaithers.mp3 | Gaither Gospel Group | 3,511KB | Audio | What A Friend |
| Georgie@KaZaA | Whitney Houston - 06 - One Of Those Days.mp3 | Whitney Houston | 3,995KB | Audio | |
| Georgie@KaZaA | Whitney Houston - Run To You.mp3 | Whitney Houston | 4,132KB | Audio | |
| Georgie@KaZaA | Whitney Houston - You Give Good Love (1).mp3 | Whitney Houston | 5,418KB | Audio | Y |
| Georgie@KaZaA | Whitney Huston- Savin all my love.mp3 | Whitney Houston | 4,138KB | Audio | Saving A |
| Georgie@KaZaA | WOW - Sanctuary.mp3 | Nicole C. Mullen | 2,502KB | Audio | Lord Prepare Me |
| Georgie@KaZaA | Wyclef Jean F - Two Wrongs (featuring Claudette Ortiz of ... | Wyclef Jean _City High | 5,390KB | Audio | |
| Georgie@KaZaA | Xscape - Who Can I Run To.mp3 | Xscape | 3,395KB | Audio | |
| Georgie@KaZaA | Yvette Michelle - I'm Not Feeling You (1).mp3 | N | 4,132KB | Audio | |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Georgie@KaZaA | Tyrese - Act Like That.mp3 | Tyrese | 2,314KB | Audio | How You G |
| Georgie@KaZaA | utfo-fairytale_lover.mp3 | UTFO | 4,607KB | Audio | |
| Georgie@KaZaA | Vanessa Bell Armstrong - He Looked Beyond My Faults.mp3 | Vanessa Bell Armstrong | 8,956KB | Audio | He Lookec |
| Georgie@KaZaA | Vanity6-°°°Nasty Girl.mp3 | Vanity6 | 4,919KB | Audio | Va |
| Georgie@KaZaA | Various Artists - Ladies First.mp3 | Queen Latifah_Monie Lo... | 3,637KB | Audio | |
| Georgie@KaZaA | Vivian Green - Emotional Rollercoaster.mp3 | Vivian Green | 3,056KB | Audio | Emol |
| Georgie@KaZaA | Whales - Songs Of.mp3 | Whales and Dolphins | 11,377KB | Audio | Whale Nature Sounds - Songs Of T |
| Georgie@KaZaA | What A Friend We Have In Jesus - Gaithers.mp3 | Gaither Gospel Group | 3,511KB | Audio | What A Friend |
| Georgie@KaZaA | Whitney Houston - 06 - One Of Those Days.mp3 | Whitney Houston | 3,995KB | Audio | |
| Georgie@KaZaA | Whitney Houston - Run To You.mp3 | Whitney Houston | 4,132KB | Audio | |
| Georgie@KaZaA | Whitney Houston - You Give Good Love (1).mp3 | Whitney Houston | 5,418KB | Audio | Y |
| Georgie@KaZaA | Whitney Huston- Savin all my love.mp3 | Whitney Houston | 4,138KB | Audio | Saving / |
| Georgie@KaZaA | WOW - Sanctuary.mp3 | Nicole C. Mullen | 2,502KB | Audio | Lord Prepare Me |
| Georgie@KaZaA | Wyclef Jean F - Two Wrongs (featuring Claudette Ortiz of ... | Wyclef Jean_City High | 5,390KB | Audio | |
| Georgie@KaZaA | Xscape - Who Can I Run To.mp3 | Xscape | 3,395KB | Audio | |
| Georgie@KaZaA | Yvette Michelle - I'm Not Feeling You (1).mp3 | N | 4,132KB | Audio | |
| Georgie@KaZaA | Kopie van LadyMarmalad.mp3 | Pink, Mya, Lil Kim, Christi... | 3,114KB | Audio | |
| Georgie@KaZaA | Mya feat Jada Kiss - Best of Me.mp3 | Mya feat Jada Kiss | 2,768KB | Audio | |
| Georgie@KaZaA | Instrumentals--Swizz Beats ft.mp3 | Mya F/ Jay-Z | 2,022KB | Audio | Best Of Me R |
| Georgie@KaZaA | Mary J. Blige Feat. Ja Rule - Rainy Days.mpg | Mary J. Blige Feat. Ja Rule | 43,132KB | Video | |
| Georgie@KaZaA | funkflex_gunit_3.mp3 | G-Unit | 4,388KB | Audio | G-Unit |
| Georgie@KaZaA | Gorillaz - Clint Eastwood (Full).mpg | Gorillaz | 46,280KB | Video | Gorill |
| Georgie@KaZaA | Mary J. Blige feat. Method Man - Love at First Sight.mpg | mary j. belige/methodman | 42,460KB | Video | |
| Georgie@KaZaA | Millie Jackson - Loving arms.mp3 | Millie Jackson | 3,531KB | Audio | |
| Georgie@KaZaA | millie jackson - ask me what you want.mp3 | Millie Jackson | 3,000KB | Audio | Ask [ |
| Georgie@KaZaA | Method Man_Mary J.mpg | Method Man_Mary J.Bli... | 46,169KB | Video | |
| Georgie@KaZaA | Mariah Carey_Bone Thugs_Breakdown.mp3 | Mariah Carey | 4,086KB | Audio | Breakdo |
| Georgie@KaZaA | Styles P. - P. Diddy Diss.mp3 | Styles P. | 3,124KB | Audio | |
| Georgie@KaZaA | Millie Jackson - Ask me What You Want (1).mp3 | Millie Jackson | 2,410KB | Audio | |

Found 752 files | 3,298,940 users online, sharing 559,175,846 files (4,409,216 GB) | Not sharing any files

# EXHIBIT 2



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGIE BROKENBROUGH,<br><br>Defendant. | CIVIL ACTION No. 04-1454-KAJ |

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Georgie Brokenbrough, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Georgie Brokenbrough has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Georgie Brokenbrough hereby is entered.

DATED: 2/16/05

By: ____________________
Deputy Clerk

# EXHIBIT 3

LAW OFFICES
MITCHELL SILBERBERG & KNUPP LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683

YVETTE MOLINARO
A PROFESSIONAL CORPORATION

TELEPHONE: (310) 235-2442
FAX: (310) 235-2468
E-MAIL ADDRESS: dfdt@msk.com

December 14, 2004

GEORGIE BROKENBROUGH
242 James St.
Newport, DE 19804

Re: **Warner Bros. Records Inc. et al. v. Georgie Brokenbrough**
**United States District Court for the District of Delaware**
**Case No. 04-1454-KAJ**

Dear Ms. Brokenbrough:

This law firm is counsel to the record company Plaintiffs. You were served with the Summons and Complaint on November 18, 2004. As the Summons stated, the law required you to file and serve a response to the Complaint within 20 days after you were served. Because you have failed to do so, Plaintiffs now have the right to ask the Court to enter your default and to enter judgment against you for all of the relief sought in the Complaint, including monetary damages and an injunction. We urge you to file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so. Failure to respond to the Complaint can have serious consequences for you.

If you would like to try to settle this case promptly, you or your attorney may contact the record companies' representatives by phone at (206) 973-4145, by facsimile at (206) 242-0905, or by e-mail at info@settlementsupportcenter.com. Please do not contact any of the lawyers listed on the Complaint or any of the plaintiff record companies for purposes of discussing settlement. If you are under 18, we will require that your attorney (or your parent or other guardian) be present during any discussions. Contacting the record companies' representatives to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

Yvette Molinaro
A PROFESSIONAL CORPORATION
of
MITCHELL SILBERBERG & KNUPP LLP

12/14/2004 17:37 MSK 9TH FLOOR 2 → 913024218390 NO.858 D003

LAW OFFICES
MITCHELL SILBERBERG & KNUPP LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683

YVETTE MOLINARO
A PROFESSIONAL CORPORATION

TELEPHONE: (310) 235-2442
FAX: (310) 235-2488
E-MAIL ADDRESS: dfdl@msk.com

December 22, 2004

GEORGIE BROKENBROUGH
242 James St.
Newport, DE 19804

Re: **Warner Bros. Records Inc. et al. v. Georgie Brokenbrough**
**United States District Court for the District of Delaware**
**Case No. 04-1454-KAJ**

Dear Ms. Brokenbrough:

This law firm is counsel to the record company Plaintiffs. We wrote to you on December 14, 2004, to notify you that you had failed to file and serve a response to the Complaint within the time required by law, and to urge you to do so immediately. You still have not done so. If you do not file and serve a response to the Complaint within one week from the date of this letter, Plaintiffs will ask the Court to enter your default and to enter judgment against you, including monetary damages and an injunction. Once again, we urge you to file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so.

If you would like to try to settle this case promptly, you or your attorney may contact the record companies' representatives by phone at (206) 973-4145, by facsimile at (206) 242-0905, or by e-mail at info@settlementsupportcenter.com. Please do not contact any of the lawyers listed on the Complaint or any of the plaintiff record companies for purposes of discussing settlement. If you are under 18, we will require that your attorney (or your parent or other guardian) be present during any discussions. Contacting the record companies' representatives to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

Yvette Molinaro
A PROFESSIONAL CORPORATION
of
MITCHELL SILBERBERG & KNUPP LLP