IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Plaintiffs,

vs.

GEORGIE BROKENBROUGH,

Defendant.

CIVIL ACTION No. 04-1454-KAJ

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred and Fifty Dollars ($5,250.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred and Thirty Three Dollars ($233.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I'd Rather," on album "Luther Vandross," by artist "Luther Vandross" (SR# 298-047);
- "Love Is Stronger Than Pride," on album "Stronger Than Pride," by artist "Sade" (SR# 93-822);
- "Dreams," on album "Rumours," by artist "Fleetwood Mac" (SR# N39857);
- "Please Don't Go," on album "Cooleyhighharmony," by artist "Boyz II Men" (SR# 212-333);
- "I Get Lonely," on album "The Velvet Rope," by artist "Janet Jackson" (SR# 261-516);
- "Gotta Man," on album "Let There Be Eve...Ruff Ryder's First Lady," by artist "Eve" (SR# 265-925);
- "I Can't Make You Love Me," on album "Luck of the Draw," by artist "Bonnie Raitt" (SR# 133-193);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: ____________________

By: ________________________________
Hon. Kent A. Jordan
United States District Judge