## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WARNER BROS. RECORDS INC., a            :
Delaware corporation; MOTOWN            : CIVIL ACTION NO. 04-CV-1454-KAJ
RECORD COMPANY, L.P., a California      :
limited partnership; VIRGIN RECORDS     :
AMERICA, INC., a California corporation; :
INTERSCOPE RECORDS, a California        :
general partnership; CAPITOL RECORDS,   :
INC., a Delaware corporation; BMG       :
MUSIC, a New York general partnership;  :
and SONY BMG MUSIC                      :
ENTERTAINMENT, a Delaware general       :
partnership,                            :
                                        :
        Plaintiffs,            :
                                        :
  v.                                   :
                                        :
GEORGIE BROKENBROUGH,                   :
                                        :
       Defendant.             :

## SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Pursuant to U.S. District Court Rule 83.7, please

ENTER the appearance of Robert S. Goldman, Esquire, of Phillips, Goldman & Spence,

P.A., 1200 N. Broom Street, Wilmington, Delaware 19806, a member of the bar of this Court, as

attorney for Plaintiffs Warner Bros. Records Inc., Motown Record Company, L.P., Virgin

Records America, Inc., Interscope Records, Capitol Records, Inc., BMG Music and SONY BMG

MUSIC ENTERTAINMENT.

WITHDRAW the appearance of Albert H. Manwaring IV, Esquire, of Pepper Hamilton

L.L.P., Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE

19899-1709, as attorney for Plaintiffs Warner Bros. Records Inc., Motown Record Company,

L.P., Virgin Records America, Inc., Interscope Records, Capitol Records, Inc., BMG Music and

SONY BMG MUSIC ENTERTAINMENT.

Respectfully Submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.


  /s/ Robert S. Goldman
ROBERT S. GOLDMAN, ESQ. (#2508)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200

SUBSTITUTING ATTORNEY


PEPPER HAMILTON L.L.P.


  /s/  Albert H. Manwaring, IV
ALBERT H. MANWARING, IV, ESQ. (#4339)
Hercules Plaza, Suite 5100
1313 No. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

WITHDRAWING ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Substitution and Withdrawal of Counsel to be served upon defendant by first class mail, at the following address:

Georgie Brokenbrough
242 James St.
Newport, DE 19804

Dated:  August 10, 2005                    /s/ Robert S. Goldman
                                           Robert S. Goldman, Esquire