# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

November 2, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    Warner Bros. Records, Inc., et al. v. Georgie Brokenbrough
            C.A. No. 04-1454-KAJ

Dear Judge Jordan:

    I represent the Plaintiffs in the above-referenced matter. I write to respectfully request the status of Plaintiffs' Application for Entry of Default Judgment filed with the Court on March 17, 2005. A Default Order was entered by the Clerk against Defendant Brokenbrough on February 16, 2005. Plaintiffs' application for entry of default judgment has not been ruled upon by the Court. I am available to present the application if the Court so requires. Thank you for your consideration in this matter.

                          Respectfully submitted,

                          ROBERT S. GOLDMAN

RSG:clb