IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation, MOTOWN RECORD COMPANY, L.P., a California limited partership, VIRGIN RECORDS AMERICA, INC., a California corporation, INTERSCOPE RECORDS, a California general partnership, CAPITOL RECORDS, INC., a Delaware corporation, and BMG MUSIC, a New York general partnership, and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIE BROKENBROUGH,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1454-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Oral argument on plaintiff's application of default judgment (D.I. 9) in the above-captioned action will be heard on **November 30, 2005** beginning at 9:00 a.m. and concluding at 10:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                                */s/ Kent A. Jordan*
                                                          UNITED STATES DISTRICT JUDGE

Dated:   November 9, 2005
Wilmington, Delaware