# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

December 8, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

Re:  Warner Bros. Records, Inc., et al. v. Georgie Brokenbrough
     C.A. No. 04-1454-KAJ
     Our File: RIAA-BRO

Dear Judge Jordan:

During the hearing on Plaintiffs' Application for Entry of Default Judgment in the above-reference case on Wednesday, November 30, 2005, Your Honor instructed me to try to reach defendant by telephone and then follow-up with a letter stressing that defendant needs to either enter her appearance, answer the complaint or notify the Court that the matter has been settled on or before December 8, 2005 at which time the Court would enter the default judgment. Please be advised that my office made numerous attempts to contact the defendant by telephone throughout the day of November 30 and December 1 without any success. Furthermore, I forwarded a letter to the defendant at her last known address relaying to her the need to comply with Your Honor's request at the risk of entry of default judgment on December 8, 2005. Enclosed is a copy of my letter. To date, the defendant has not entered her appearance, answered the complaint or contacted my clients to discuss settlement negotiations. Accordingly, my clients respectfully request that the Court enter an Order for Default Judgment in the form attached to their application papers.

Respectfully submitted,

/s/ Robert S. Goldman

ROBERT S. GOLDMAN

RSG:clb
Enclosure

## PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN. III
BRIAN E. FARNAN
MELISSA E. CARGNINO

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N. BROOM STREET
WILMINGTON  DELAWARE  19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH. DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

December 2, 2005

Georgie Brokenbrough
242 James Street
Wilmington, DE 19804

   Re: Warner Bros. Records, Inc., et al. v. Georgie Brokenbrough
      C.A. No. 04-1454-KAJ

Dear Ms. Brokenbrough:

  I represent the Plaintiffs in the above-referenced matter. During the hearing on Plaintiffs' application for entry of a default judgment against you held on Wednesday, November 30, 2005, Judge Jordan instructed me to telephone you and follow up with this letter advising you that the Court will enter a default judgment for the full amount alleged in the complaint ($5,250.00 plus $233.00 for costs) on December 14, 2005 if you do not file an answer or advise the Court in writing that the matter has been settled on or before December 14, 2005. I have made numerous efforts to telephone you on November 30 and December 1, 2005 but was unable to reach you.

  Please contact me if you have any questions or need any further information.

                Respectfully submitted,

                ROBERT S. GOLDMAN

RSG:clb