FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 DEC 16  PM 5:00

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGIE BROKENBROUGH,<br><br>Defendant. | CIVIL ACTION No. 04-1454-KAJ |



DEC 22 2005

### DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred and Fifty Dollars ($5,250.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred and Thirty Three Dollars ($233.00).

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

US POSTAGE $00.370
Mailed From 19801
12/19/2005

U.S.M.S. X-RAY

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☑ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

Georgie Broker
242 James Stre
Wilmington, DE

19804+3182